4 I'm local, and I'm not traveling out of -- family is coming in,

 5 but ordinarily -- that's the Friday before the Christmas

 6 holidays.

 7 THE COURT: I understand. So I think -- what I would

 8 do is let's leave open -- I'll say right now, it will be a half

 9 day. Whether that will be matters before the jury or matters

10 for us to discuss, we can -- we can talk about what makes sense

11 as it gets closer, but it will be a half day.

12 All right. So that's number one.

13 Number two, the other thing that I noticed -- again,

14 we're going to talk about the questionnaire in a moment. The

15 other thing I noticed in putting together that questionnaire,

16 there is that one question where we lay out, well, here's who

17 is going to be masked and here's who won't be. My thought --

18 and it sort of actually dovetails with the matter we just

19 discussed; that is, the break.

20 I had -- as you-all saw from the draft questionnaire we

21 provided, I had thought we would proceed as we are today, as

22 far as the lawyers go, that is. No masks -- or at least

23 optional. Obviously, masks optional. The jurors might --