# A. Background Information

### a. Applicant information

**Full name:**

| Dominic | James | Pezzola |
|---|---|---|
| First name | Middle name (if you have one) | Last name |

If different, full legal name at time of conviction:

| | | |
|---|---|---|
| First name | Middle Name (if you have one) | Last name |

| | 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 |
|---|---|
| Other names (married, maiden, aliases, etc.) | Social security number |

| 06/25/1977 | USA | Rochester, NY |
|---|---|---|
| Date of birth (Month, Day, Year) | Country where you were born | City and state where you were born |

Barbara Jean (Turpin)

Parent #1's full name (maiden name in parentheses)

Moreno Pezzola

Parents #2's full name (maiden name in parentheses)

**Citizenship:** 
- (●) U.S. citizen by birth
- ( ) U.S. naturalized citizen
- ( ) _____ Other nationality

### b. Contact information

| 4039 Lake Ave | | Rochester, NY | 14612 |
|---|---|---|---|
| Street address | Apartment/Unit | City, State | Zip code |

Email is the best way to contact you. If you do not have email, you can give the email of a person you trust, or your phone number. If an attorney is helping you with this application, also give their information:

| Dpezzola0351@gmail.com | 585-490-8133 |
|---|---|
| Your email address or email of a trusted person | Phone number |

| | |
|---|---|
| Name of attorney helping with this application | Attorney's email address and phone number |

### c. Previous applications

| **Have you applied for federal commutation or pardon before?** | ☐ Yes | Date applied (month/year): _____ |
|---|---|---|
| | ☒ No | Date of decision (month/year): _____ |

**d. Sex and race.** This information is for statistical data collection purposes:

| **Are you Hispanic or Latino?** | **Race** (select all that apply): | | **Sex** |
|---|---|---|---|
| ☐ Yes | ☐ Alaska Native or American Indian | ☐ Asian | ☐ Female |
| ☒ No | ☐ Black or African American | ☐ Native Hawaiian or Other Pacific Islander | ☒ Male |
| | ☒ White | ☐ Other | |

**e. Family information.** For this section, it would be helpful to have dates for:

- Your marriage (if applicable)
- Your divorce (if applicable)
- Your children's birth dates (if applicable)

**Current marital status**

☒ Civil union/domestic partnership

☐ Divorced    ☐ Married

☐ Never Married    ☐ Separated

☐ Widowed

**Current spouse / partner information, if applicable:**

Lisa Magee

Spouse / partner name
8/2001

Date of marriage or civil union/domestic partnership
Rochester, NY

Place of marriage or civil union/domestic partnership

**Child or dependent information, if applicable:**

| Full name of child or dependent | Date of birth | Name(s) of other parent(s) | Do you have custody? (Y/N) |
|---|---|---|---|
| Maria Kathryn Pezzola | 2/04/2001 | Elizabeth Cruickshank | Y |
| Angelina Jayde Pezzola | 7/05/2004 | Lisa Magee | Y |

**Former spouse or partner information, if applicable:**

Former spouse or partner name

Date of marriage or civil union/domestic partnership

Place of marriage or civil union/domestic partnership

Phone number

Date of divorce

Place of divorce

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## B. Reasons for Seeking Pardon

**What are your reasons for seeking pardon?**

The more specific you can be, the better. Use the space below and/or attach additional pages.

You may want to include:

- How your life would change if granted pardon
- Challenges that you have faced because of your conviction

If you have ever been denied a job, license, or other opportunity because of your conviction, attaching denial letters or related documents will help us review your application

I previously was the owner of a commercial flooring company that had to be closed upon my arrest. Since leaving incarceration, I have attempted to return to the field with no avail. Because I was plastered all over the news as a domestic terrorist people and companies are very wary of offering me a position, even though I am a master mechanic in my field. I unfortunately do not have denial letters as I can't even get an interview or call back. My life savings was completely depleted while I fought in court. My partner has incurred a great amount of debt keeping our family afloat. Before my incarceration and convictions I was the sole breadwinner for our family. Acquiring a pardon will allow me the opportunity to seek employment in others fields and hopefully put my life back together.

[ ] Check here if you are attaching additional pages. Add the section name to the top of each page.

## C. Community Activities

**How have you been involved in your community since your conviction?**

"Community" can include family, neighborhood, city, prison community, or organizations and associations. If you have more than three activities, attach additional pages. Some examples are:

- Assisting in extracurricular and education-related activities of children and grandchildren
- Providing support to community members, such as neighbors and family members
- Providing care to an aging relative
- Service with a civic or religious organization or a professional association
- Involvement in the prison community, including as tutor, mentor, or suicide watch companion

If you have not been able to participate in these activities, explain below.

| Description of activity | Approximate start and end dates (year to year) |
|---|---|
| Help my mother care for my ailing grandmother | release/current |
| Attending college visits with my daughter | release/current |
| | |

**Who can tell us about your participation in the above activities?**

| Name(s) | Contact information |
|---|---|
| Lisa Magee | 585-489-7242 |

**Is there anything you would like us to know about your reasons for engaging in community activities?** If you have not been able to participate in these activities, you can let us know why here.

I have kept my activities to my family as I had been away from them for 4 years. I would like to help more in the community but because of how much media attention the case received it is not safe for me to be out in the community currently. My family has received much harassment in the mail and through phone calls

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# D. Educational and Licensing Opportunities

**What educational or licensing opportunities have you had?**

These can be programs you have started or completed, including courses you completed and licenses you earned while incarcerated. Some examples are:

- College correspondence courses
- Associate, bachelor, master programs
- Department of Labor courses
- Certificate programs
- Vocational training
- Commercial driver's license (CDL) courses
- Licenses: cosmetology, real estate, nursing, teaching, welding, electrician, or other

If you need more space, attach additional pages.

| School or program name | Subject studied and degree or certification received | Approximate dates attended (month/year to month/year) |
|---|---|---|
| Aquinas institute of Rochester | General education/ HS Diploma | 1992-1995 |
| Forbo Flooring | Certified Installer | 2012 |

| License Type | Approximate date issued (year) |
|---|---|
|  |  |
|  |  |

We know that people with a criminal record may have trouble getting into educational programs or receiving licenses. If that applies to you, give details here. If you have them, you can attach any denial or decision letters from licensing officials or related documents.

| School or program name or license type | Details | Approximate date of denial or when informed not eligible (year) |
|---|---|---|
|  |  |  |
|  |  |  |

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## E. Places Lived

**Where have you lived in the last <u>three years</u>?**

We already have your current address from your background information.

- Do not use P.O. Boxes.
- Give apartment/unit numbers.
- Do not leave any gaps in dates.

- If you have lived in more than three places, attach additional pages.

If there were any periods where you did not have housing, you can note that below.

| Street address | Apartment /Unit | City, state | Zip code | Approximate dates living there (month/year to month/year) |
|---|---|---|---|---|
| 4039 Lake Ave | | Rochester | NY | 5/2005-current |
| | | | | |
| | | | | |

If you are experiencing homelessness or have in the past, note the dates.

_____
(month/year to month/year)

## F. Military Service

**Have you served in the military?**                      ☐  Not applicable

1998-2004

Dates of service

_____
Serial number

Marine Corps

Branch(es)
Honorable

Type of discharge

**Tell us briefly about your military service.** For example, any tours of duty, time overseas or in active combat, disciplinary sanctions or military criminal proceedings taken against you, commendations or medals awarded to you, or other notable achievements. If available, attach a copy of your DD-214.

I was a member of the United states Marine Corps as an Infantry Reserve.  I served in the Corp from 1998-2004 when my youngest daughter was born. I recieved an honorable discharge. I had no disciplinary sancations or proceeding against me at any time.

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# G. Job History

**Where have you worked in the last <u>seven years</u>?**

- Include full and part-time jobs
- If applicable, include jobs while incarcerated
- Use approximate dates
- Do not leave any gaps in dates

- If you have had more than three jobs, attach additional pages
- If you are retired, give the approximate date your retirement began in the "Current employer" section

unemployed
_____

| Current employer | Type of business | Position | Month/year started |

_____

| Employer street address | City, state | Zip code | Supervisor name and phone number |

| Previous employer name | Type of business | Position | Employer address and phone number | Approximate dates worked (month/year to month/year) |
|---|---|---|---|---|
| Self employed | flooring | owner | | 2013-2021 |
| | | | | |
| | | | | |

If you are currently unemployed or have been in the past, give the dates and share how you supported yourself during that time.
My partner is currently supporting me.
_____

If your criminal record has affected your ability to find work, give details here. If you received a rejection letter or termination notice because of your conviction, you can attach a copy.
Much of the work I do takes place in schools, hospitals, and aging homes. I cannot pass a background check.
_____

Your work history will be reviewed as part of any background investigation. If you have been fired, accused of misconduct at a job, or given an unsatisfactory job performance rating, give details here.
_____

[ ] Check here if you are attaching additional pages. Add the section name to the top of each page.

# H. Sobriety and Substance Use

**Have you struggled with substance use?**    ☒  Not applicable

We know that many people have struggled with substance use and that this can be difficult to discuss. Your honest reflection is helpful to us.

| Type of drug or alcohol | How often were you using? | Approximate dates used (month/year to month/year) |
|---|---|---|
| | | |
| | | |
| | | |

**If you have been diagnosed with a substance use disorder, give details here.**

Diagnosis                                                                 Date of diagnosis (month/year)

**Give information on any counseling or treatment you received or rehabilitation program you attended for substance use.**

Facility/counselor/doctor name                                    When did you attend?
                                                                                 (month/year to month/year)

Street address                                    Suite no.      City, state              Zip code

Phone number                                    Email address

**How long have you been sober?**
                                                  Days, months, or years

**Is there anything else you would like to share about your history with sobriety and substance use?**

_____

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# I. Financial Information

**Do you have any debts that are late or in default (including child support payments) or do you have any bankruptcy filings?**

We know that criminal convictions may affect some people's ability to get a job and may carry heavy financial penalties, making it harder to keep up with necessary expenses. We know this can be a hard subject to discuss. Your honest reflection is helpful to us.

- Note: A credit report will be reviewed if a background investigation is started.

| Description of debt that is late or in default | Approximately how much is the debt? |
|---|---|
| NY state taxes | 25,000 |
| Federal income taxes | 13,000 |
| | |

| Court where bankruptcy filed | Approximate year bankruptcy filed and outcome | Approximately how much debt did you want to discharge? |
|---|---|---|
| | | |
| | | |

**Is there anything else you would like to share about your experience with finances since your conviction?**

This may include information on why you are unable to pay the above debts or filed for bankruptcy and any plans to catch up on payments for any debts that are late or in default.

I now have back taxes as a result of my business shutting down and being unable to file the necessary returns because of my incarceration, which have now been heavily penalized with interest.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# J. Case Background and Other Criminal History

**a. Give basic information on the conviction for which you are seeking pardon.**

If you are seeking pardon for more than one conviction, attach additional pages.

It is not required, but, if available, sending a copy of these documents with your application will help us review your case more quickly. See cover page for more information.

- Presentence report
- Judgment
- Statement of reasons

- Indictment or Information
- Case docket report

☒ Check here if you are attaching any of these documents.

**Did you plead guilty?**    ☐  Yes    ☒  No

January, 6, 2021 _____    9/1/2023 _____

Approximate date(s) of offense (month/year to month/year)    Approximate date you were sentenced (month/year)

U.S. district Court    1:21-cr-00175-TJK-6
_____    _____

Court where you were prosecuted (D.C. Superior Court, military court, or name of U.S. District Court)    Case number

18 USC 1512 (c)(2), 18 USC 372, 18 USC 231 (a)(3), 18 USC 1361, 18 USC 111(a)(1), 18 USC 2112
_____

Of what were you convicted?

**What sentence did you receive?** (fill in where applicable)

**Imprisonment:**    10 Years _____    January, 21, 2025 _____

Prison sentence (months or years)    Approximate date you were released from prison, community confinement, or home detention (month/year)

**Probation or supervised release:**    N/A _____    _____

Sentence for probation or supervised release (months or years)    Approximate date you completed your term of probation or supervised release (month/year)

**Financial penalties:**    750 _____    _____    _____

Assessment amount    Fine amount    Restitution amount

**b. Tell us about your conduct for which you were convicted.**

We want to hear from you, in your own words. The more specific and complete you are, the more helpful it is to us. We are specifically looking for information that is NOT in the public record of your case. You may wish to answer the following:

- What was your role in the offense?
- How, when, and why did you get involved?
- What actions did you take in connection with the offense? (Include all actions, even if you pleaded guilty to only specific conduct, counts, or portions of the full criminal activity.)

I attended the rally in Washington DC on Jan, 6, 2021 to listen to President Trump's speech. After the president asked us I followed the crowd over to the capital building. I was participating in a peaceful protest when the DC metropolitian police as well as the capital police, began firing projectiles into the peaceful crowd. The peaceful protest then erupted into chaos and I stood for my right to assemble. As rubber projectiles were penetrating close by-standers faces I was able to acquire a police shield to use as protection from those sworn to protect us. As the day proceeded I was witness to may being injured as well as loss of life due to the actions of law enforcement. I came across a window at the capital that had alredy been broken by another protester and decided to finish clearing the broken glass from the frame. Unfortunately others decided to use the opening as means to ener the building and i followed suit. I remained in the capital building for apprx 20 minutes perusing the halls and then exited the building without any disturbance. During my incarceration , up to and throughout the trial I was denied appropriate communication with my attorney's. I was not given the opportunity to view discovery or have it provided to me in a timely fashion. FBI officials were caugt lying on the stand as well as listening in to privleged communications with attorney's. The trial I faced was not fair and the jury was not that of my peers.

**Do you accept responsibility for your conduct?** Explain why or why not.
I accept responsibility for trespassing, I believe that is the only crime I may be guilty of. In terms of the felony convivtions I feel as though the prosecution of the felony charges were 100% politically motivated.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

**c. Tell us about any other criminal history**.

Your criminal history will be reviewed as part of any background investigation. List any other arrests or convictions that may appear on your criminal history record, if any, including juvenile and expunged records, and give any information you would like us to know about them. If you have your presentence report, you may attach it and give missing or additional information you would like us to know below.

N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# K. Certification and Personal Oath

I certify, under penalty of perjury, that all information in my petition and any document submitted with it were given or authorized by me and that I reviewed and understand the information contained in, and submitted with, my petition. I further certify, under penalty of perjury, that all the information I gave in the application is complete, true, and correct to the best of my knowledge, information, and belief.

In petitioning the President of the United States for pardon, I do solemnly swear that I will be law-abiding and will support and defend the Constitution of the United States against all enemies, foreign and domestic, and that I take this obligation freely and without any mental reservation whatsoever.

Respectfully submitted this _____12_____ day of _____May_____ , ___2025___ .
　　　　　　　　　　　　　　　　Day　　　　　　　　　　Month　　　　　　　　　Year

Your signature

# L. Authorization for Release of Information

**Carefully read this authorization, and if you agree, sign and date in ink.**

I authorize any investigator, special agent, or other duly accredited representative of the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to obtain any information relating to my activities from schools, residential management agents, employers, criminal justice agencies, retail business establishments, courts, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history, arrest, conviction, including the presentence investigation report, if any, medical, psychiatric/psychological, health care, and financial and credit information.

I understand that, for financial or lending institutions and certain other sources of information, a separate specific release may be needed (pursuant to their request or as may be required by law), and I may be contacted for such a release at a later date.

I further authorize the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my suitability for a government benefit.

I authorize custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary. I understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes of processing my application for a government benefit, and may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. If not previously revoked in writing, this Authorization is valid and shall remain in effect so long as I am under consideration for a government benefit.

| Signature (sign in ink) ~ | | |
|---|---|---|
| *Dominic Pezzola* | | |
| Full Name (type or print legibly) | | Date Signed |
| Dominic J Pezzola | | 5-13-25 |
| Other Names Used | | |
| | | |
| Street Address | | |
| 4039 Lake Ave | | |
| City | State | ZIP Code |
| Rochester | N-Y | 14612 |
| Home Telephone Number (include area code) | Social Security Number | |
| (585) 490-8133 | 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 | |

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of ___Dominic Pezzola___
                    Name of petitioner

I certify that I have personally known the petitioner for __27__ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

_I Jason Prince have been A friend to Dominic since the 1990's - We have worked together Installing Flooring / Children Always together. Dominic is one person that I can Always count on. Most Job's require a back ground check, which is difficult For Dominic without a Full pardon._

☐ Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

Signature: _____
Date: 5-13-25

Print Name: JASON R. PRINCE
Address: 154 Royal Sunset
         Webster NY 14580
Phone number: _____
Email address: JP. Flooring154 @ gmail.com

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of _DOMINIC PEZZOLA_

Name of petitioner

I certify that I have personally known the petitioner for _24_ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

I MET DOMINIC IN 2001 WORKING FOR HIS FATHER. HE HAS ALWAYS SHOWN COMPASSION AND A WILLINGNESS TO WORK WELL WITH OTHERS. I WORKED WITH HIM FOR 20 YEARS AND I CAN ATTEST TO HIS PROFESSIONALISM AND CHARACTER.

☐ Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

Signature

Date 5/13/25

Print Name DENNIS ARCOLIO

Address 23 WINCHESTER RD.

Phone number 585-705-6424

Email address

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of ___ Dominic Pezzola _____

Name of petitioner

I certify that I have personally known the petitioner for ___ 4 ___ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

___ See attached letter _____

_____

_____

_____

_____

_____

_____

X ☒ Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

_Signature_

5-13-2025

Date

**Jimmy H. Richie**

Print Name

17021 County Road 221 - Forney, TX 75

Address

214-497-510

Phone number

jimrat42@gmail.com

Email address

I am writing to wholeheartedly support the pardon application of my dear friend, Dominic Pezzola, a proud veteran of the United States Armed Forces, a devoted husband, a loving father to his two daughters, and a hardworking man who was the sole provider for his family before his incarceration. While I am thrilled that his sentence has been commuted, allowing him to return home to his family, I respectfully urge you to grant him a full pardon to restore the rights stripped from him due to his conviction, enabling him to fully reintegrate into society as the honorable man he is.

Dominic served our nation with courage and dedication, embodying the values of duty and sacrifice that define our military. His service reflects his deep commitment to protecting the freedoms we cherish. Before his legal challenges, Dominic was a steadfast provider, working diligently to support his wife and two young daughters. His consistent employment and unwavering devotion to his family demonstrate his strong character and sense of responsibility.

Now that Dominic is home, he is focused on rebuilding his life and being the husband and father his family needs. However, the loss of certain rights continues to hinder his ability to fully contribute to his community and provide for his daughters' future. A pardon would restore these rights, empowering Dominic to exercise the full privileges of citizenship he earned through his military service and lifelong commitment to his country. I am confident that he will honor this opportunity by living as a law-abiding, productive citizen, as evidenced by his efforts to reintegrate and support his family since his release.

I respectfully ask that you review Dominic's case with compassion, considering his honorable service, his role as a family man, and his determination to move forward positively. Granting a pardon would not only affirm Dominic's worthiness but also ensure that his daughters grow up with a father who can fully participate in their lives and community.

Sincerely,


Jimmy Richie

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) PEZZOLA DOMINIC JAMES | 2. DEPARTMENT, COMPONENT AND BRANCH USMCR (K4) | 3. SOCIAL SECURITY NO. 124 74 6607 |
|---|---|---|

| 4.a. GRADE, RATE OR RANK PFC | 4.b. PAY GRADE E2 | 5. DATE OF BIRTH (YYMMDD) 770625 | 6. RESERVE OBLIG. TERM. DATE Year 05 Month 10 Day 27 |
|---|---|---|---|

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY BUFFALO NY 14202 | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 398 WOODSONG LANE ROCHESTER NY 14612 |
|---|---|

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND AWPNS SOI MCB CAMP LEJEUNE NC 28542 | 8.b. STATION WHERE SEPARATED SOI MCB CAMP LEJEUNE NC   (RUC 31407) |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED CO ICO 3DBN 25THMAR 4THMARDIV BUFFALO NY   (RUC 14216) | 10. SGLI COVERAGE   None Amount: $ 200,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 0351/ASALTMAN/00YRS/00MOS | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| | a. Date Entered AD This Period | 98 | 04 | 07 |
| | b. Separation Date This Period | 98 | 09 | 19 |
| | c. Net Active Service This Period | 00 | 05 | 13 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 05 | 09 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 98 | 04 | 07 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| SHARPSHOOTER RIFLE BADGE |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| ASALTMAN/07 WEEKS/09 98 |

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No X | 16. DAYS ACCRUED LEAVE PAID RLB 4.5 |
|---|---|---|---|---|---|---|

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION X Yes | No |
|---|---|

| 18. REMARKS |
|---|
| NOT A FINAL DISCHARGE |
| DATE DETACHED SEPARATION ACTIVITY: 980918 01 DAY TRAVEL TIME |

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 398 WOODSONG LANE ROCHESTER NY 14612 | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) BARBARA J PEZZOLA (M) 398 WOODSONG LANE ROCHESTER NY 14612 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO NY   DIR. OF VET AFFAIRS X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED *Dominic J. Pezzola* | | C/D CANNADY SSGT ADMIN CHIEF USMC |

DD Form 214, NOV 88   S/N 0102-LF-006-5500 *Previous editions are obsolete.*

MEMBER - 1

OMB Number: 1123-0016                                    Expiration Date: 5/31/2027

# Application for Pardon After Completion of Sentence

## What Is a Pardon and How Can It Help You?

Pardon is asking forgiveness from the President.

Pardon **CAN**:
- Restore civil liberties, like the right to vote, or sit on a jury
- Lift barriers to licensing, employment, housing, or education

Pardon **CANNOT**:
- Erase a conviction
- Expunge a conviction

| To apply, you should: |
|---|
| • Have a conviction under federal law, D.C. Code, or Uniform Code of Military Justice |
| • Live in the U.S. or its territories |

If you are still serving your sentence, use the commutation application form: justice.gov/pardon/apply-commutation

## How to Begin:

Filling out and submitting the application is the first step in a lengthy process. You will be asked to share details about yourself, your reasons for seeking pardon, your current activities, challenges you may be facing because of your conviction, information about your conviction and other criminal history, if any, and letters of support.

It is not required, but it may help to gather these documents, if available, before you start:

1. Presentence investigation report
   This report is prepared by the U.S. Probation Office to help the court with sentencing.

2. Judgment
   This document shows what sentence the court gave you.

3. Statement of reasons
   This document gives the court's reasons for the sentence (not applicable in D.C. Code or military cases).

4. Indictment or Information
   These documents list the charges against you.

5. Case docket report
   The docket lists all the events in the case.

> **WHERE CAN I FIND DOCUMENTS RELATED TO MY CONVICTION?**
>
> You may be able to get the judgment, indictment, information, and case docket report online:
>
> Federal cases: PACER (has fees): uscourts.gov/court-records/find-case-pacer
>
> D.C. cases: dccourts.gov/superior-court/cases-online
>
> For documents that aren't available online, you can contact or go to the court clerk's office:
>
> Federal court clerk's offices: uscourts.gov/about-federal-courts/federal-courts-public/court-website-links
>
> D.C. Superior Court: dccourts.gov/superior-court/criminal-division

**When will the Office of the Pardon Attorney (PARDON) contact you?**

The pardon application process can take months or years. We ask that you keep your contact information updated so that we can reach you when needed. Until the notification of the President's final decision, your application is "pending" or open. Messages from PARDON during the process DO NOT predict the final decision. No outcome is guaranteed. Common situations when we may contact you include:

| **Confirmation Letter** | **Follow-Up Letters** | **Background Investigation** | **Notification of Final Decision** |
|---|---|---|---|
| We will send an email or letter confirming your application has been received | We may send emails or letters asking for more information or updates | We will let you know if a background investigation has been started | We will let you know if the President has granted or denied pardon |

**HELPFUL TIPS**

- This application asks for information to help us get a better picture of you and your life. All questions are important. Answer all questions to the best of your knowledge and ability and give as much detail as you can.

- The application asks for a large amount of personal information that may require research and collecting documents from the past. You may need several sessions to complete the application.

- To help us process your application more quickly, if an answer does not apply to you, write "Not Applicable."

- Sending your application as a PDF by email will help us process your application more quickly.

- If you mail the application, stapling, gluing, or taping any part will slow down processing.

- If you need more space, you can add pages or documents.

- If there is information you feel would make your application stronger, include it in additional pages. You can tell us about achievements, like physical fitness training or accomplishments; participation in personal growth, like counseling, therapy, or meditation; or other ways you have spent your time that tell us about who you are today.

# Table of Contents

A. Background Information………………………………………………………………….6

We need to know who is applying for pardon, to confirm your identity, and to be sure any background investigation is accurate.

B. Reasons for Seeking Pardon……………………………………………………………..8

We need to understand how your conviction has affected your life and what you hope pardon will change or improve.

Additional Information About Your Life Since Your Conviction (Parts C-I):

We need the questions in sections C-I (pages 9-14) to help us get a better picture of your life since your conviction, including your successes and the challenges you may have faced.

C. Community Activities……………………………………………………………………9
D. Educational and Licensing Opportunities……………………………………………10
E. Places Lived………………………………………………………………………...……11
F. Military Service………………………………………………………………….…...…11
G. Job History…………………………………………………………………………......12
H. Sobriety and Substance Use……………………………………………………..…….13
I. Financial Information…………………………………………………………....……14

J. Case Background and Other Criminal History………………………………….......15

We need to make sure we have the correct case and understand your offense conduct. It also gives you a chance to explain any other criminal history that may appear in a background investigation.

K. Certification and Personal Oath………………………………………………………18

We need your signature to know that you are submitting the pardon application willingly and that you have answered the questions accurately, to the best of your ability.

L. Authorization for Release of Information……………………………………………..19

The authorization lets us and any investigators get information and documentation about your life. If we need information about medical or mental health history, we will ask you for a separate authorization.

M. Letters of Support………………………………………………………………………20

We need to know how you interact with your community, who you are now, and what your life looks like since your conviction. We need at least three letters. If you give us more than three letters, let us know which three will be your primary references. Primary references cannot be related to you by blood or marriage and must be willing to be interviewed during a background investigation.

N. Application Checklist………………………………………………………………….23

This checklist will help you review your application to make sure it is complete. It also tells you where to submit the application and how to keep your contact information updated.

# Know Your Rights and How Your Information Will be Used

## Who is collecting this information and what are my rights?

The Office of the Pardon Attorney collects your information to review and make recommendations to the President on pardon applications. The Office is part of the Department of Justice, which is a federal government agency. You have the right not to give information to us. If you do not answer some of the questions, however, we cannot guarantee that we will be able to continue working on your application.

## How will my information be used under the Privacy Act?

The principal purpose for collecting this information is to enable the Office of the Pardon Attorney to process and evaluate your request for pardon after completion of sentence. The routine uses which may be made of this information include provision of data to the President and his staff, other governmental entities, and the public. The full list of routine uses for this correspondence can be found in the System of Records Notice titled, "Privacy Act of 1974; System of Records," published in Federal Register, September 15, 2011, Vol. 76, No. 179, at pages 57078 through 57080; as amended by "Privacy Act of 1974; System of Records," published in the Federal Register, May 25, 2017, Vol. 82, No. 100, at page 24161, and at the U.S. Department of Justice, Office of Privacy and Civil Liberties' website.

The Office of the Pardon Attorney has authority to collect this information under the United States

Constitution, Article II, Section 2 (the pardon clause); Orders of the Attorney General Nos. 1798-93, 58 Fed. Reg. 53658 and 53659 (1993), 2317-2000, 65 Fed. Reg. 48381 (2000), and 2323-2000, 65 Fed. Reg. 58223 and 58224 (2000), codified in 28 C.F.R. §§ 1.1 et seq. (the rules governing petitions for pardon after completion of sentence); and Order of the Attorney General No. 1012-83, 48 Fed. Reg. 22290 (1983), as codified in 28 C.F.R. §§ 0.35 and 0.36 (the authority of the Office of the Pardon Attorney).

## Can the government publish my information?

If you are granted or denied pardon by the President, your name will be released, including on our website or in response to public information requests, in accordance with our Freedom of Information Act obligations. Non-public documents, such as this petition and supporting documents, the presentence investigation report, the results of any federal background investigation, and the recommendation of the Department of Justice, are not generally available under the Freedom of Information and Privacy Acts. However, the Pardon Attorney may disclose the contents of pardon files in the possession of the Department of Justice when the disclosure is required by law or the ends of justice. Additionally, this office would confirm that a specific individual has applied for or was granted or denied pardon.

The President and his immediate staff are not subject to the constraints of the Freedom of Information and Privacy Acts. Accordingly, while pardon-related documents in the possession of the White House traditionally have not been made public, they may be legally disclosed at the discretion of the President. In addition, pardon-related documents retained by the White House at the end of a presidential administration will become part of the President's official library, where they become subject to the disclosure provisions of the Presidential Records Act.

## Answer questions as accurately and as fully as you can, to the best of your knowledge.

Making any intentionally false statements of material facts may be a reason for denying your petition. In addition, the knowing and willful falsification of a document submitted to the government may subject you to criminal punishment, including up to five years' imprisonment and a $250,000 fine. *See* 18 U.S.C. §§ 1001 and 3571.

**Public Burden Statement**

This collection meets the requirements of 44 U.S.C. § 3507, as amended by the Paperwork Reduction Act of 1995. We estimate that it will take 180 minutes to read the instructions, gather the relevant materials, and answer questions on the form. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Attn: Office of the Pardon Attorney, U.S. Department of Justice, Attn: OMB Number 1123-0016, RFK Building, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The OMB clearance number, 1123-0016, is currently valid. PARDON may not collect this information, and you are not required to respond, unless this number is displayed.

**Note: Nothing in this application or instructions is legal advice.**

# A. Background Information

## a. Applicant information

**Full name:**

| Joseph | Randall | Biggs |
|---|---|---|
| First name | Middle name (if you have one) | Last name |

If different, full legal name at time of conviction:

| | | |
|---|---|---|
| First name | Middle Name (if you have one) | Last name |

| | |
|---|---|
| Other names (married, maiden, aliases, etc.) | Social security number |

| 010894 | United States | Gastonia, NC |
|---|---|---|
| Date of birth (Month, Day, Year) | Country where you were born | City and state where you were born |

Michael Wayne Biggs

Parent #1's full name (maiden name in parentheses)

**Citizenship:** ⊙ U.S. citizen by birth

○ U.S. naturalized citizen

Kathy Lynn Miller

Parents #2's full name (maiden name in parentheses)

○ _____
Other nationality

## b. Contact information

| Kathy Hoellen | | Seneca | SC |
|---|---|---|---|
| Street address | Apartment/Unit | City, State | Zip code |

Email is the best way to contact you. If you do not have email, you can give the email of a person you trust, or your phone number. If an attorney is helping you with this application, also give their information:

| joebiggs525@gmail.com | 803-627-7807 |
|---|---|
| Your email address or email of a trusted person | Phone number |

| n/a | n/a |
|---|---|
| Name of attorney helping with this application | Attorney's email address and phone number |

## c. Previous applications

**Have you applied for federal commutation or pardon before?**  ☐ Yes  ☒ No

Date applied (month/year): _____

Date of decision (month/year): _____

**d. Sex and race.** This information is for statistical data collection purposes:

| Are you Hispanic or Latino? | Race (select all that apply): | | Sex |
|---|---|---|---|
| ☐ Yes<br><br>☒ No | ☐ Alaska Native or American Indian<br><br>☐ Black or African American<br><br>☒ White | ☐ Asian<br><br>☐ Native Hawaiian or Other Pacific Islander<br><br>☐ Other | ☐ Female<br><br>☒ Male |

**e. Family information.** For this section, it would be helpful to have dates for:

- Your marriage (if applicable)
- Your divorce (if applicable)
- Your children's birth dates (if applicable)

**Current marital status**

☐ Civil union/domestic partnership

☐ Divorced            ☐ Married

☐ Never Married    ☒ Separated

☐ Widowed

**Current spouse / partner information, if applicable:**

Merissa Biggs

Spouse / partner name

August, 2015

Date of marriage or civil union/domestic partnership

Austin, Texas

Place of marriage or civil union/domestic partnership

**Child or dependent information, if applicable:**

| Full name of child or dependent | Date of birth | Name(s) of other parent(s) | Do you have custody? (Y/N) |
|---|---|---|---|
| Savannah Biggs | 04/24/2017 | Merissa Biggs | Y |
| | | | |

**Former spouse or partner information, if applicable:**

Lori Wolfe

Former spouse or partner name

2004

Date of marriage or civil union/domestic partnership

Fayatteville, North Carolina

Place of marriage or civil union/domestic partnership

unknown

Phone number

Date of divorce

2010

Place of divorce

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## B. Reasons for Seeking Pardon

### What are your reasons for seeking pardon?

The more specific you can be, the better. Use the space below and/or attach additional pages.

You may want to include:

- How your life would change if granted pardon
- Challenges that you have faced because of your conviction

If you have ever been denied a job, license, or other opportunity because of your conviction, attaching denial letters or related documents will help us review your application

Please see attached sheet labeled ATTACHMENT - PAGE 08

[X] Check here if you are attaching additional pages. Add the section name to the top of each page.

## C. Community Activities

**How have you been involved in your community since your conviction?**

"Community" can include family, neighborhood, city, prison community, or organizations and associations. If you have more than three activities, attach additional pages. Some examples are:

- Assisting in extracurricular and education-related activities of children and grandchildren
- Providing support to community members, such as neighbors and family members
- Providing care to an aging relative
- Service with a civic or religious organization or a professional association
- Involvement in the prison community, including as tutor, mentor, or suicide watch companion

If you have not been able to participate in these activities, explain below.

| Description of activity | Approximate start and end dates (year to year) |
|---|---|
| None | |
| | |
| | |
| | |

**Who can tell us about your participation in the above activities?**

| Name(s) | Contact information |
|---|---|
| | |

**Is there anything you would like us to know about your reasons for engaging in community activities?** If you have not been able to participate in these activities, you can let us know why here.

_____

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# D. Educational and Licensing Opportunities

**What educational or licensing opportunities have you had?**

These can be programs you have started or completed, including courses you completed and licenses you earned while incarcerated. Some examples are:

- College correspondence courses
- Associate, bachelor, master programs
- Department of Labor courses
- Certificate programs

- Vocational training
- Commercial driver's license (CDL) courses
- Licenses: cosmetology, real estate, nursing, teaching, welding, electrician, or other

If you need more space, attach additional pages.

| School or program name | Subject studied and degree or certification received | Approximate dates attended (month/year to month/year) |
|---|---|---|
| None | | |
| | | |
| | | |

| License Type | Approximate date issued (year) |
|---|---|
| | |
| | |

We know that people with a criminal record may have trouble getting into educational programs or receiving licenses. If that applies to you, give details here. If you have them, you can attach any denial or decision letters from licensing officials or related documents.

| School or program name or license type | Details | Approximate date of denial or when informed not eligible (year) |
|---|---|---|
| | | |
| | | |

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## E. Places Lived

**Where have you lived in the last <u>three years</u>?**

We already have your current address from your background information.

- Do not use P.O. Boxes.
- Give apartment/unit numbers.
- Do not leave any gaps in dates.

- If you have lived in more than three places, attach additional pages.

If there were any periods where you did not have housing, you can note that below.

| Street address | Apartment /Unit | City, state | Zip code | Approximate dates living there (month/ year to month/year) |
|---|---|---|---|---|
| | | North Carolina: Gastonia, Charlotte | | |
| | | South Carolina: Townville, Clemson | | |
| | | Austin, TX | | 2014 - 2018 |

If you are experiencing homelessness or have in the past, note the dates.

(month/year to month/year)

## F. Military Service

**Have you served in the military?**  Yes.          ☐   Not applicable

11/04/2004 - 02/14/2013                         United States Army

Dates of service                                Branch(es)

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                                      Medically Discharged

Serial number                                   Type of discharge

**Tell us briefly about your military service.** For example, any tours of duty, time overseas or in active combat, disciplinary sanctions or military criminal proceedings taken against you, commendations or medals awarded to you, or other notable achievements. If available, attach a copy of your DD-214.

_____

_____

_____

_____

_____

☒ Check here if you are attaching additional pages. Add the section name to the top of each page.

## G. Job History

**Where have you worked in the last <u>seven years</u>?**

- Include full and part-time jobs
- If applicable, include jobs while incarcerated
- Use approximate dates
- Do not leave any gaps in dates

- If you have had more than three jobs, attach additional pages
- If you are retired, give the approximate date your retirement began in the "Current employer" section

N/A

| Current employer | Type of business | Position | Month/year started |
|---|---|---|---|

| Employer street address | City, state | Zip code | Supervisor name and phone number |
|---|---|---|---|

| Previous employer name | Type of business | Position | Employer address and phone number | Approximate dates worked (month/year to month/year) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If you are currently unemployed or have been in the past, give the dates and share how you supported yourself during that time.

_____

_____

If your criminal record has affected your ability to find work, give details here. If you received a rejection letter or termination notice because of your conviction, you can attach a copy.

_____

_____

Your work history will be reviewed as part of any background investigation. If you have been fired, accused of misconduct at a job, or given an unsatisfactory job performance rating, give details here.

_____

_____

[ ] Check here if you are attaching additional pages. Add the section name to the top of each page.

# H. Sobriety and Substance Use

**Have you struggled with substance use?**                    ☒  Not applicable

We know that many people have struggled with substance use and that this can be difficult to discuss. Your honest reflection is helpful to us.

| Type of drug or alcohol | How often were you using? | Approximate dates used (month/year to month/year) |
|---|---|---|
| None | | |
| | | |
| | | |

**If you have been diagnosed with a substance use disorder, give details here.**

Diagnosis                                   Date of diagnosis (month/year)

**Give information on any counseling or treatment you received or rehabilitation program you attended for substance use.**

Facility/counselor/doctor name                         When did you attend? (month/year to month/year)

Street address                         Suite no.     City, state                 Zip code

Phone number                     Email address

**How long have you been sober?**
                                        Days, months, or years

**Is there anything else you would like to share about your history with sobriety and substance use?**

_____

_____

_____

_____

☐  Check here if you are attaching additional pages. Add the section name to the top of each page.

# I. Financial Information

**Do you have any debts that are late or in default (including child support payments) or do you have any bankruptcy filings?**

We know that criminal convictions may affect some people's ability to get a job and may carry heavy financial penalties, making it harder to keep up with necessary expenses. We know this can be a hard subject to discuss. Your honest reflection is helpful to us.

- Note: A credit report will be reviewed if a background investigation is started.

| Description of debt that is late or in default | Approximately how much is the debt? |
|---|---|
| NONE | |
| | |
| | |

| Court where bankruptcy filed | Approximate year bankruptcy filed and outcome | Approximately how much debt did you want to discharge? |
|---|---|---|
| N/A | | |
| | | |

**Is there anything else you would like to share about your experience with finances since your conviction?**

This may include information on why you are unable to pay the above debts or filed for bankruptcy and any plans to catch up on payments for any debts that are late or in default.

_____

_____

_____

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# J. Case Background and Other Criminal History

**a. Give basic information on the conviction for which you are seeking pardon.**

If you are seeking pardon for more than one conviction, attach additional pages.

It is not required, but, if available, sending a copy of these documents with your application will help us review your case more quickly. See cover page for more information.

- Presentence report
- Judgment
- Statement of reasons

- Indictment or Information
- Case docket report

[X] Check here if you are attaching any of these documents.

**Did you plead guilty?**     ☐ Yes          ☒ No

| 01/06/2021 | 08/31/2023 |
|---|---|
| Approximate date(s) of offense (month/year to month/year) | Approximate date you were sentenced (month/year) |
| U.S. District Court, Washington, DC | 1:21-cr-00175-002 |
| Court where you were prosecuted (D.C. Superior Court, military court, or name of U.S. District Court) | Case number |

Please see attached sheet.

Of what were you convicted?

**What sentence did you receive?** (fill in where applicable)

| **Imprisonment:** | 17 years | 01/21/2025 |
|---|---|---|
| | Prison sentence (months or years) | Approximate date you were released from prison, community confinement, or home detention (month/year) |
| **Probation or supervised release:** | n/a | n/a |
| | Sentence for probation or supervised release (months or years) | Approximate date you completed your term of probation or supervised release (month/year) |
| **Financial penalties:** | | $600.00 | |
| | Assessment amount | Fine amount | Restitution amount |

**b. Tell us about your conduct for which you were convicted.**

We want to hear from you, in your own words. The more specific and complete you are, the more helpful it is to us. We are specifically looking for information that is NOT in the public record of your case. You may wish to answer the following:

- What was your role in the offense?
- How, when, and why did you get involved?
- What actions did you take in connection with the offense? (Include all actions, even if you pleaded guilty to only specific conduct, counts, or portions of the full criminal activity.)

See attached sheet labeled - ATTACHMENT PAGE 16

**Do you accept responsibility for your conduct?** Explain why or why not.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

**c. Tell us about any other criminal history.**

Your criminal history will be reviewed as part of any background investigation. List any other arrests or convictions that may appear on your criminal history record, if any, including juvenile and expunged records, and give any information you would like us to know about them. If you have your presentence report, you may attach it and give missing or additional information you would like us to know below.

NONE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## K. Certification and Personal Oath

I certify, under penalty of perjury, that all information in my petition and any document submitted with it were given or authorized by me and that I reviewed and understand the information contained in, and submitted with, my petition. I further certify, under penalty of perjury, that all the information I gave in the application is complete, true, and correct to the best of my knowledge, information, and belief.

In petitioning the President of the United States for pardon, I do solemnly swear that I will be law-abiding and will support and defend the Constitution of the United States against all enemies, foreign and domestic, and that I take this obligation freely and without any mental reservation whatsoever.

Respectfully submitted this ___13th___ day of ___May___ , ___2025___ .

                   Day                    Month                  Year

Your signature

Joseph R. Biggs

## L. Authorization for Release of Information

**Carefully read this authorization, and if you agree, sign and date in ink.**

I authorize any investigator, special agent, or other duly accredited representative of the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to obtain any information relating to my activities from schools, residential management agents, employers, criminal justice agencies, retail business establishments, courts, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history, arrest, conviction, including the presentence investigation report, if any, medical, psychiatric/psychological, health care, and financial and credit information.

I understand that, for financial or lending institutions and certain other sources of information, a separate specific release may be needed (pursuant to their request or as may be required by law), and I may be contacted for such a release at a later date.

I further authorize the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my suitability for a government benefit.

I authorize custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary. I understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes of processing my application for a government benefit, and may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. If not previously revoked in writing, this Authorization is valid and shall remain in effect so long as I am under consideration for a government benefit.

| Signature (sign in ink) | | |
|---|---|---|
| **Full Name (type or print legibly)**<br>Joseph R. Biggs | | **Date Signed**<br>MAY·15·25 |
| **Other Names Used**<br>Joe Biggs, Joseph Biggs | | |
| **Street Address**<br>114 Camino Circle | | |
| **City**<br>Ormond Beach | **State**<br>FL | **ZIP Code**<br>32174 |
| **Home Telephone Number (include area code)** | **Social Security Number**<br>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 | |



## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of ___Joeseph Randall Biggs_____
                               Name of petitioner

I certify that I have personally known the petitioner for _____5_____ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

See attached sheet.

_____

_____

_____

_____

_____

_____

_____

_____

☒ Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

*Amanda Rehl*                          Amanda Rehl
Signature                               Print Name
13 May 2025                          3058 Almond Street, Philadelphia PA 19134

Date                                    Address
                                        267-683-3941

                                        Phone number
                                            Rehlamanda@gmail.com

                                        Email address

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of  _____Joseph R. Biggs_____

Name of petitioner

I certify that I have personally known the petitioner for _____4_____ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

_____see attachedsheet_____

_____

_____

_____

_____

_____

_____

_____

☒ Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

Signature

5-13-2025

Date

Amy Richie

Print Name

17021 County Road 221 -  Forney, TX 75126

Address

214-405-0777

Phone number

amyrichie557@gmail.com

Email address

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of _____ Suzzanne Keller _____
Name of petitioner

I certify that I have personally known the petitioner for_____ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

I have known Joe Biggs since 2017 as a friend and colleague in the political spheres. He is a dedicated father and brave veteran, honored with 2 Purple Hearts. As a podcaster, he has always been a voice for principles and justice and he continues to use his voice. for these good values.

He dedication to his mother and daughter are an inspiration.

He frequently engages in community service without fanfare.

Joe is a true treasure of a friend and citizen and he deserves full justice.

☐ Check here if you are attaching additional pages.

I affirm that the above information is true and correct to the best of my knowledge, information, and belief.

_Suzzane M. Ru___
Signature

5/13/25
Date

Suzzanne Keller
Print Name

2331 Chester St SE Washington DC 20020
Address

312 576 0321
Phone number

Thepinkmonk@gmail.com
Email address

# A. Background Information

**a. Applicant information**

**Full name:**

| Zachary | William | Rehl |
|---|---|---|
| First name | Middle name (if you have one) | Last name |

If different, full legal name at time of conviction:

| Zachary | William | Rehl |
|---|---|---|
| First name | Middle Name (if you have one) | Last name |

| | 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 |
|---|---|
| Other names (married, maiden, aliases, etc.) | Social security number |

| 06/18/1985 | USA | Philadelphia PA |
|---|---|---|
| Date of birth (Month, Day, Year) | Country where you were born | City and state where you were born |

| Robert Rehl | **Citizenship:** (X) U.S. citizen by birth |
|---|---|
| Parent #1's full name (maiden name in parentheses) | |
| | ◯ U.S. naturalized citizen |
| Tonya (Case) Zwanetsky | ◯ _____ |
| Parents #2's full name (maiden name in parentheses) | Other nationality |

**b. Contact information**

| 3058 Almond Street | | Philadelphia, PA | 19134 |
|---|---|---|---|
| Street address | Apartment/Unit | City, State | Zip code |

Email is the best way to contact you. If you do not have email, you can give the email of a person you trust, or your phone number. If an attorney is helping you with this application, also give their information:

| rehl.zach@protonmail.com | 267-577-7775 |
|---|---|
| Your email address or email of a trusted person | Phone number |

| | |
|---|---|
| Name of attorney helping with this application | Attorney's email address and phone number |

**c. Previous applications**

| **Have you applied for federal commutation or pardon before?** | ☐ Yes | Date applied (month/year): _____ |
|---|---|---|
| | ☒ No | Date of decision (month/year): _____ |

**d. Sex and race.** This information is for statistical data collection purposes:

| Are you Hispanic or Latino? | Race (select all that apply): | | Sex |
|---|---|---|---|
| ☐ Yes | ☐ Alaska Native or American Indian | ☐ Asian | ☐ Female |
| ☒ No | ☐ Black or African American | ☐ Native Hawaiian or Other Pacific Islander | ☒ Male |
| | ☒ White | ☐ Other | |

**e. Family information.** For this section, it would be helpful to have dates for:

- Your marriage (if applicable)
- Your divorce (if applicable)
- Your children's birth dates (if applicable)

**Current marital status**

☐ Civil union/domestic partnership

☐ Divorced    ☒ Married

☐ Never Married    ☐ Separated

☐ Widowed

**Current spouse / partner information, if applicable:**

Amanda (Zielinski) Rehl
Spouse / partner name

05/05/2019
Date of marriage or civil union/domestic partnership

Mt. Pleasant, New Jersey
Place of marriage or civil union/domestic partnership

**Child or dependent information, if applicable:**

| Full name of child or dependent | Date of birth | Name(s) of other parent(s) | Do you have custody? (Y/N) |
|---|---|---|---|
| Lyanna Rehl | 06-12-2021 | Amanda Rehl | Yes |
| Kiley Rehl | 11-23-2004 | Amanda Campbell, Mother | No |

**Former spouse or partner information, if applicable:**

_____
Former spouse or partner name

_____
Date of marriage or civil union/domestic partnership

_____
Place of marriage or civil union/domestic partnership

_____
Phone number

_____
Date of divorce

_____
Place of divorce

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## B. Reasons for Seeking Pardon

**What are your reasons for seeking pardon?**

The more specific you can be, the better. Use the space below and/or attach additional pages.

You may want to include:

- How your life would change if granted pardon
- Challenges that you have faced because of your conviction

If you have ever been denied a job, license, or other opportunity because of your conviction, attaching denial letters or related documents will help us review your application

Seeking a pardon is often a deeply personal journey motivated by a desire
desire for redemption and the chance to rebuild one's life.  For me, this
quest is dedicated to my beloved wife, Amanda and our daughter,
Lyanna, as well as my other daughter Kiley, who all inspire me every
day to strive for a brighter future.  A pardon represents not only a
second chance but also a renewed commitment to my faith in God, my
devotion to my country, and my unwavering love for my family.
Additionally, the financial benefits of a pardon, such as the reinstatement
of my VA benefits, would provide essential support for our family's well
being and stability, enabling us to thrive together and contribute positively
to our community.  This pursuit is about more than just legal forgiveness;
it's about forging a path to a better life for those I cherish the most.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## C. Community Activities

**How have you been involved in your community since your conviction?**

"Community" can include family, neighborhood, city, prison community, or organizations and associations. If you have more than three activities, attach additional pages. Some examples are:

- Assisting in extracurricular and education-related activities of children and grandchildren
- Providing support to community members, such as neighbors and family members
- Providing care to an aging relative
- Service with a civic or religious organization or a professional association
- Involvement in the prison community, including as tutor, mentor, or suicide watch companion

If you have not been able to participate in these activities, explain below.

| Description of activity | Approximate start and end dates (year to year) |
|---|---|
|  |  |
|  |  |
|  |  |

**Who can tell us about your participation in the above activities?**

| Name(s) | Contact information |
|---|---|
|  |  |

**Is there anything you would like us to know about your reasons for engaging in community activities?** If you have not been able to participate in these activities, you can let us know why here.

_____

_____

_____

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# D. Educational and Licensing Opportunities

**What educational or licensing opportunities have you had?**

These can be programs you have started or completed, including courses you completed and licenses you earned while incarcerated. Some examples are:

- College correspondence courses
- Associate, bachelor, master programs
- Department of Labor courses
- Certificate programs
- Vocational training
- Commercial driver's license (CDL) courses
- Licenses: cosmetology, real estate, nursing, teaching, welding, electrician, or other

If you need more space, attach additional pages.

| School or program name | Subject studied and degree or certification received | Approximate dates attended (month/year to month/year) |
|---|---|---|
| Temple University | Bachelors degree, Marketing | 2012-2016 |
| Temple University | Masters Engineering Mgmt & Entrepreneurship | 2016-2017 |

| License Type | Approximate date issued (year) |
|---|---|
| Series 7 & Series 66 | 2020 |
| Life, accident, health, property and casualty insurance licenses. | 2018-2019 |

We know that people with a criminal record may have trouble getting into educational programs or receiving licenses. If that applies to you, give details here. If you have them, you can attach any denial or decision letters from licensing officials or related documents.

| School or program name or license type | Details | Approximate date of denial or when informed not eligible (year) |
|---|---|---|
| Series 7/66 and all insurance | All licenses by law are null and void as a felon | May 4 2023 |
| | | |

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## E. Places Lived

**Where have you  lived in the last <u>three years</u>?**

We already have your current address from your background information.

- Do not use P.O. Boxes.
- Give apartment/unit numbers.
- Do not leave any gaps in dates.

- If you have lived in more than three places, attach additional pages.

If there were any periods where you did not have housing, you can note that below.

| Street address | Apartment /Unit | City, state | Zip code | Approximate dates living there (month/ year to month/year) |
|---|---|---|---|---|
| 3058 Almond Street | | Philadelphia, PA | 19134 | 11 years |
| | | | | |
| | | | | |

If you are experiencing homelessness or have in the past, note the dates.

_____
(month/year to month/year)

## F. Military Service

**Have you served in the military?**                    ☐  Not applicable

10/14/2008 - 05/30/2012
_____
Dates of service

United States Marine Corps
_____
Branch(es)

_____
Serial number

Honorably discharged
_____
Type of discharge

**Tell us briefly about your military service.** For example, any tours of duty, time overseas or in active combat, disciplinary sanctions or military criminal proceedings taken against you, commendations or medals awarded to you, or other notable achievements. If available, attach a copy of your DD-214.

Good conduct medal, navy unit commendation medal. Meritoriously promoted due to outstanding

recruiting duty. Also was an honor graduate in my MOS class finishing within the top of the class.

I was stationed in Yuma, AZ where I worked in the freight section of the traffic management

office.    I will attach the dd214

☐  Check here if you are attaching additional pages. Add the section name to the top of each page.

# G. Job History

**Where have you worked in the last <u>seven years</u>?**

- Include full and part-time jobs
- If applicable, include jobs while incarcerated
- Use approximate dates
- Do not leave any gaps in dates

- If you have had more than three jobs, attach additional pages
- If you are retired, give the approximate date your retirement began in the "Current employer" section

Current employer     Type of business     Position     Month/year started

Employer street address     City, state     Zip code     Supervisor name and phone number

| Previous employer name | Type of business | Position | Employer address and phone number | Approximate dates worked (month/year to month/year) |
|---|---|---|---|---|
| Merril Lynch | Investment | 401ks | 1500 American Blvd Pennington NJ | 4/2019-10/2019 |
| | | | | |
| | | | | |

If you are currently unemployed or have been in the past, give the dates and share how you supported yourself during that time.

Military disability benefits

If your criminal record has affected your ability to find work, give details here. If you received a rejection letter or termination notice because of your conviction, you can attach a copy.

My record prevents me from using any of my finance licenses and the notoriety of the case prevents me as well

Your work history will be reviewed as part of any background investigation. If you have been fired, accused of misconduct at a job, or given an unsatisfactory job performance rating, give details here.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# H. Sobriety and Substance Use

**Have you struggled with substance use?**           ☐   Not applicable

We know that many people have struggled with substance use and that this can be difficult to discuss. Your honest reflection is helpful to us.

| Type of drug or alcohol | How often were you using? | Approximate dates used (month/year to month/year) |
|---|---|---|
| beer/liquor | multiple times a week | 2003-2021 |
| | | |
| | | |

**If you have been diagnosed with a substance use disorder, give details here.**

Diagnosis                                    Date of diagnosis (month/year)

**Give information on any counseling or treatment you received or rehabilitation program you attended for substance use.**

Facility/counselor/doctor name                    When did you attend? (month/year to month/year)

Street address                    Suite no.    City, state        Zip code

Phone number                    Email address

**How long have you been sober?**

Days, months, or years

**Is there anything else you would like to share about your history with sobriety and substance use?**

I drank a lot, but stopped after going to prison. I used alcohol as a way to entertain myself. It is no longer

as fun as it used to be so I dont drink much anymore.

☐  Check here if you are attaching additional pages. Add the section name to the top of each page.

# I. Financial Information

**Do you have any debts that are late or in default (including child support payments) or do you have any bankruptcy filings?**

We know that criminal convictions may affect some people's ability to get a job and may carry heavy financial penalties, making it harder to keep up with necessary expenses. We know this can be a hard subject to discuss. Your honest reflection is helpful to us.

- Note: A credit report will be reviewed if a background investigation is started.

| Description of debt that is late or in default | Approximately how much is the debt? |
|---|---|
|  |  |
|  |  |
|  |  |

| Court where bankruptcy filed | Approximate year bankruptcy filed and outcome | Approximately how much debt did you want to discharge? |
|---|---|---|
| US Bankruptcy Court, Arizona | 11/29/2010 | Discharged of debt of approx. $51,250 on 04/22/2011 |
|  |  |  |

**Is there anything else you would like to share about your experience with finances since your conviction?**

This may include information on why you are unable to pay the above debts or filed for bankruptcy and any plans to catch up on payments for any debts that are late or in default.

I am not struggling with paying debt, but I will eventually as my savings get drained from not being able to work or receive my benefits. I have stock in Truth Social, but I hope I don't have to sell that to make ends meet.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

# J. Case Background and Other Criminal History

**a. Give basic information on the conviction for which you are seeking pardon.**

If you are seeking pardon for more than one conviction, attach additional pages.

It is not required, but, if available, sending a copy of these documents with your application will help us review your case more quickly. See cover page for more information.

- Presentence report
- Judgment
- Statement of reasons

- Indictment or Information
- Case docket report

[X] Check here if you are attaching any of these documents.

**Did you plead guilty?**    ☐ Yes        ☒ No    See attached sheet.

01/06/2021
_____

Approximate date(s) of offense (month/year to month/year)

Approximate date you were sentenced (month/year)

USDC, Washington, DC
_____

1:21-cr-00175-003

Court where you were prosecuted (D.C. Superior Court, military court, or name of U.S. District Court)

Case number

See attached sheet
_____

Of what were you convicted?

**What sentence did you receive?** (fill in where applicable)

**Imprisonment:**

15 years
_____

Prison sentence (months or years)

01/21/2025 - (sentence commuted)
_____

Approximate date you were released from prison, community confinement, or home detention (month/year)

**Probation or supervised release:**

n/a
_____

Sentence for probation or supervised release (months or years)

n/a
_____

Approximate date you completed your term of probation or supervised release (month/year)

**Financial penalties:**

_____

Assessment amount

600
_____

Fine amount

_____

Restitution amount

**b. Tell us about your conduct for which you were convicted.**

We want to hear from you, in your own words. The more specific and complete you are, the more helpful it is to us. We are specifically looking for information that is NOT in the public record of your case. You may wish to answer the following:

- What was your role in the offense?
- How, when, and why did you get involved?
- What actions did you take in connection with the offense? (Include all actions, even if you pleaded guilty to only specific conduct, counts, or portions of the full criminal activity.)

My role in the offense was to support President Donald Trump and protest a corrupt election.

I went to DC with a few friends, whom I picked up and drove with. We also met quite a few fri

in DC as well. We all believed the election was stolen and were hoping Congress would

investigate the allegations of fraud. Unfortunatley they didn't, but that was not the reason for the

riot that eventually broke out. That happened due to various unknow agitators in the crowd, along

some officers who got too agrressive with protestors.

I was eventually charged and convicted in a highly political hostile courtroom which denied my

due process rights continuously by witholding evidence, denying my right to appear in pre-trial

hearings and spying on my attorney-client privileged emails.

**Do you accept responsibility for your conduct?** Explain why or why not.

I never denied that I thought the election was stolen, I still believe that the election was stolen,

but I am happy to see Preisident Trump is back in office and looking forward to being a productive

memnber of society again, this pardon will help with that.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

**c. Tell us about any other criminal history**.

Your criminal history will be reviewed as part of any background investigation. List any other arrests or convictions that may appear on your criminal history record, if any, including juvenile and expunged records, and give any information you would like us to know about them. If you have your presentence report, you may attach it and give missing or additional information you would like us to know below.

DUI 1st offense in 2015, probation, community service and education course, which were all

completed.

DUI 2006, also first offense (according to the law, they were so far apart, they were both considered 1st

offenses, 6 month probation and fines, all served. This was expunged from my record as well.

2005 retail theft, case dismissed as I was not involved with theft.

☐ Check here if you are attaching additional pages. Add the section name to the top of each page.

## K. Certification and Personal Oath

I certify, under penalty of perjury, that all information in my petition and any document submitted with it were given or authorized by me and that I reviewed and understand the information contained in, and submitted with, my petition. I further certify, under penalty of perjury, that all the information I gave in the application is complete, true, and correct to the best of my knowledge, information, and belief.

In petitioning the President of the United States for pardon, I do solemnly swear that I will be law-abiding and will support and defend the Constitution of the United States against all enemies, foreign and domestic, and that I take this obligation freely and without any mental reservation whatsoever.

Respectfully submitted this _____12_____ day of _____May_____ , _____2025_____ .
                                         Day                              Month              Year

_____
Your signature

## L. Authorization for Release of Information

**Carefully read this authorization, and if you agree, sign and date in ink.**

I authorize any investigator, special agent, or other duly accredited representative of the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to obtain any information relating to my activities from schools, residential management agents, employers, criminal justice agencies, retail business establishments, courts, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history, arrest, conviction, including the presentence investigation report, if any, medical, psychiatric/psychological, health care, and financial and credit information.

I understand that, for financial or lending institutions and certain other sources of information, a separate specific release may be needed (pursuant to their request or as may be required by law), and I may be contacted for such a release at a later date.

I further authorize the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my suitability for a government benefit.

I authorize custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary. I understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes of processing my application for a government benefit, and may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. If not previously revoked in writing, this Authorization is valid and shall remain in effect so long as I am under consideration for a government benefit.

| Signature (sign in ink) | | |
|---|---|---|
| *Full Name (type or print legibly)* Zachary Rehl | | *Date Signed* May 12 2025 |
| Other Names Used | | |
| Street Address 3058 Almond Street | | |
| *City* Philadelphia | *State* PA | *ZIP Code* 19134 |
| *Home Telephone Number (include area code)* 267-577-7775 | *Social Security Number* 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 | |

*United States Department of Justice, Office of the Pardon Attorney, Washington D.C. / May 2024*    **Page 19 of 24**

OMB Number: 1123-0016                                              Expiration Date: 5/31/2027

# Application for Pardon After Completion of Sentence

## What Is a Pardon and How Can It Help You?

Pardon is asking forgiveness from the President.

Pardon **CAN**:
- Restore civil liberties, like the right to vote, or sit on a jury
- Lift barriers to licensing, employment, housing, or education

Pardon **CANNOT**:
- Erase a conviction
- Expunge a conviction

| To apply, you should: |
|---|
| • Have a conviction under federal law, D.C. Code, or Uniform Code of Military Justice |
| • Live in the U.S. or its territories |

If you are still serving your sentence, use the commutation application form: justice.gov/pardon/apply-commutation

## How to Begin:

Filling out and submitting the application is the first step in a lengthy process. You will be asked to share details about yourself, your reasons for seeking pardon, your current activities, challenges you may be facing because of your conviction, information about your conviction and other criminal history, if any, and letters of support.

It is not required, but it may help to gather these documents, if available, before you start:

1. Presentence investigation report

   This report is prepared by the U.S. Probation Office to help the court with sentencing.

2. Judgment

   This document shows what sentence the court gave you.

3. Statement of reasons

   This document gives the court's reasons for the sentence (not applicable in D.C. Code or military cases).

4. Indictment or Information

   These documents list the charges against you.

5. Case docket report

   The docket lists all the events in the case.

> **WHERE CAN I FIND DOCUMENTS RELATED TO MY CONVICTION?**
>
> You may be able to get the judgment, indictment, information, and case docket report online:
>
> Federal cases: PACER (has fees): uscourts.gov/court-records/find-case-pacer
>
> D.C. cases: dccourts.gov/superior-court/cases-online
>
> For documents that aren't available online, you can contact or go to the court clerk's office:
>
> Federal court clerk's offices: uscourts.gov/about-federal-courts/federal-courts-public/court-website-links
>
> D.C. Superior Court: dccourts.gov/superior-court/criminal-division

**When will the Office of the Pardon Attorney (PARDON) contact you?**

The pardon application process can take months or years. We ask that you keep your contact information updated so that we can reach you when needed. Until the notification of the President's final decision, your application is "pending" or open. Messages from PARDON during the process DO NOT predict the final decision. No outcome is guaranteed. Common situations when we may contact you include:

| **Confirmation Letter** We will send an email or letter confirming your application has been received | **Follow-Up Letters** We may send emails or letters asking for more information or updates | **Background Investigation** We will let you know if a background investigation has been started | **Notification of Final Decision** We will let you know if the President has granted or denied pardon |
|---|---|---|---|

**HELPFUL TIPS**

- This application asks for information to help us get a better picture of you and your life. All questions are important. Answer all questions to the best of your knowledge and ability and give as much detail as you can.

- The application asks for a large amount of personal information that may require research and collecting documents from the past. You may need several sessions to complete the application.

- To help us process your application more quickly, if an answer does not apply to you, write "Not Applicable."

- Sending your application as a PDF by email will help us process your application more quickly.

- If you mail the application, stapling, gluing, or taping any part will slow down processing.

- If you need more space, you can add pages or documents.

- If there is information you feel would make your application stronger, include it in additional pages. You can tell us about achievements, like physical fitness training or accomplishments; participation in personal growth, like counseling, therapy, or meditation; or other ways you have spent your time that tell us about who you are today.

# Table of Contents

A. Background Information……………………………………………………………6

We need to know who is applying for pardon, to confirm your identity, and to be sure any background investigation is accurate.

B. Reasons for Seeking Pardon…………………………………………………..8

We need to understand how your conviction has affected your life and what you hope pardon will change or improve.

Additional Information About Your Life Since Your Conviction (Parts C-I):

We need the questions in sections C-I (pages 9-14) to help us get a better picture of your life since your conviction, including your successes and the challenges you may have faced.

C. Community Activities……………………………………………………………9
D. Educational and Licensing Opportunities……………………………………10
E. Places Lived……………………………………………………………...……11
F. Military Service………………………………………………………...……11
G. Job History…………………………………………………………….....12
H. Sobriety and Substance Use……………………………………………...…13
I. Financial Information……………………………………………………..……14

J. Case Background and Other Criminal History……………………………......15

We need to make sure we have the correct case and understand your offense conduct. It also gives you a chance to explain any other criminal history that may appear in a background investigation.

K. Certification and Personal Oath………………………………………………18

We need your signature to know that you are submitting the pardon application willingly and that you have answered the questions accurately, to the best of your ability.

L. Authorization for Release of Information…………………………………………19

The authorization lets us and any investigators get information and documentation about your life. If we need information about medical or mental health history, we will ask you for a separate authorization.

M. Letters of Support…………………………………………………………….20

We need to know how you interact with your community, who you are now, and what your life looks like since your conviction. We need at least three letters. If you give us more than three letters, let us know which three will be your primary references. Primary references cannot be related to you by blood or marriage and must be willing to be interviewed during a background investigation.

N. Application Checklist…………………………………………………………23

This checklist will help you review your application to make sure it is complete. It also tells you where to submit the application and how to keep your contact information updated.

# Know Your Rights and How Your Information Will be Used

## Who is collecting this information and what are my rights?

The Office of the Pardon Attorney collects your information to review and make recommendations to the President on pardon applications. The Office is part of the Department of Justice, which is a federal government agency. You have the right not to give information to us. If you do not answer some of the questions, however, we cannot guarantee that we will be able to continue working on your application.

## How will my information be used under the Privacy Act?

The principal purpose for collecting this information is to enable the Office of the Pardon Attorney to process and evaluate your request for pardon after completion of sentence. The routine uses which may be made of this information include provision of data to the President and his staff, other governmental entities, and the public. The full list of routine uses for this correspondence can be found in the System of Records Notice titled, "Privacy Act of 1974; System of Records," published in Federal Register, September 15, 2011, Vol. 76, No. 179, at pages 57078 through 57080; as amended by "Privacy Act of 1974; System of Records," published in the Federal Register, May 25, 2017, Vol. 82, No. 100, at page 24161, and at the U.S. Department of Justice, Office of Privacy and Civil Liberties' website.

The Office of the Pardon Attorney has authority to collect this information under the United States

Constitution, Article II, Section 2 (the pardon clause); Orders of the Attorney General Nos. 1798-93, 58 Fed. Reg. 53658 and 53659 (1993), 2317-2000, 65 Fed. Reg. 48381 (2000), and 2323-2000, 65 Fed. Reg. 58223 and 58224 (2000), codified in 28 C.F.R. §§ 1.1 et seq. (the rules governing petitions for pardon after completion of sentence); and Order of the Attorney General No. 1012-83, 48 Fed. Reg. 22290 (1983), as codified in 28 C.F.R. §§ 0.35 and 0.36 (the authority of the Office of the Pardon Attorney).

## Can the government publish my information?

If you are granted or denied pardon by the President, your name will be released, including on our website or in response to public information requests, in accordance with our Freedom of Information Act obligations. Non-public documents, such as this petition and supporting documents, the presentence investigation report, the results of any federal background investigation, and the recommendation of the Department of Justice, are not generally available under the Freedom of Information and Privacy Acts. However, the Pardon Attorney may disclose the contents of pardon files in the possession of the Department of Justice when the disclosure is required by law or the ends of justice. Additionally, this office would confirm that a specific individual has applied for or was granted or denied pardon.

The President and his immediate staff are not subject to the constraints of the Freedom of Information and Privacy Acts. Accordingly, while pardon-related documents in the possession of the White House traditionally have not been made public, they may be legally disclosed at the discretion of the President. In addition, pardon-related documents retained by the White House at the end of a presidential administration will become part of the President's official library, where they become subject to the disclosure provisions of the Presidential Records Act.

## Answer questions as accurately and as fully as you can, to the best of your knowledge.

Making any intentionally false statements of material facts may be a reason for denying your petition. In addition, the knowing and willful falsification of a document submitted to the government may subject you to criminal punishment, including up to five years' imprisonment and a $250,000 fine. *See* 18 U.S.C. §§ 1001 and 3571.

**Public Burden Statement**

This collection meets the requirements of 44 U.S.C. § 3507, as amended by the Paperwork Reduction Act of 1995. We estimate that it will take 180 minutes to read the instructions, gather the relevant materials, and answer questions on the form. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Attn: Office of the Pardon Attorney, U.S. Department of Justice, Attn: OMB Number 1123-0016, RFK Building, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. The OMB clearance number, 1123-0016, is currently valid. PARDON may not collect this information, and you are not required to respond, unless this number is displayed.

**Note: Nothing in this application or instructions is legal advice.**

# A. Background Information

**a. Applicant information**

**Full name:**

_____

First name                    Middle name (if you have one)        Last name

If different, full legal name at time of conviction:

_____

First name                    Middle Name (if you have one)        Last name

_____        _____

Other names (married, maiden, aliases, etc.)        Social security number

_____        _____    _____

Date of birth (Month, Day, Year)        Country where you        City and state where you
                                          were born                were born

_____        **Citizenship:**    ☐    U.S. citizen by birth

Parent #1's full name (maiden name in parentheses)            ☐    U.S. naturalized citizen

_____        ☐    _____

Parents #2's full name (maiden name in parentheses)                Other nationality

**b. Contact information**

_____

Street address            Apartment/Unit    City, State            Zip code

Email is the best way to contact you. If you do not have email, you can give the email of a person you trust, or your phone number. If an attorney is helping you with this application, also give their information:

_____        _____

Your email address or email of a trusted person        Phone number

_____        _____

Name of attorney helping with this        Attorney's email address and phone number
application

**c. Previous applications**

**Have you applied for**        ☐    Yes    Date applied (month/year): _____
**federal commutation**
**or pardon before?**          ☐    No     Date of decision (month/year): _____

_United States Department of Justice, Office of the Pardon Attorney, Washington D.C. / March 2024_        **_Page 6 of 24_**

**d. Sex and race.** This information is for statistical data collection purposes:

| **Are you Hispanic or Latino?** | **Race** (select all that apply): | | **Sex** |
|---|---|---|---|
| ☐ Yes | ☐ Alaska Native or American Indian | ☐ Asian | ☐ Female |
| ☐ No | ☐ Black or African American | ☐ Native Hawaiian or Other Pacific Islander | ☐ Male |
| | ☐ White | ☐ Other | |

**e. Family information.** For this section, it would be helpful to have dates for:

- Your marriage (if applicable)
- Your divorce (if applicable)
- Your children's birth dates (if applicable)

**Current marital status**

☐ Civil union/domestic partnership

☐ Divorced        ☐ Married

☐ Never Married   ☐ Separated

☐ Widowed

**Current spouse / partner information, if applicable:**

_____
Spouse / partner name

_____
Date of marriage or civil union/domestic partnership

_____
Place of marriage or civil union/domestic partnership

**Child or dependent information, if applicable:**

| Full name of child or dependent | Date of birth | Name(s) of other parent(s) | Do you have custody? (Y/N) |
|---|---|---|---|
| | | | |
| | | | |

**Former spouse or partner information, if applicable:**

_____
Former spouse or partner name

_____
Date of marriage or civil union/domestic partnership

_____
Place of marriage or civil union/domestic partnership

_____
Phone number

_____
Date of divorce

_____
Place of divorce

Check here if you are attaching additional pages. Add the section name to the top of each page.

# B. Reasons for Seeking Pardon

**What are your reasons for seeking pardon?**

The more specific you can be, the better. Use the space below and/or attach additional pages.

You may want to include:

- How your life would change if granted pardon
- Challenges that you have faced because of your conviction

If you have ever been denied a job, license, or other opportunity because of your conviction, attaching denial letters or related documents will help us review your application

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Check here if you are attaching additional pages. Add the section name to the top of each page.

# C. Community Activities

**How have you  been involved in your community since your conviction?**

"Community" can include family, neighborhood, city, prison community, or organizations and associations. If you have more than three activities, attach additional pages. Some examples are:

- Assisting in extracurricular and education-related activities of children and grandchildren
- Providing support to community members, such as neighbors and family members
- Providing care to an aging relative
- Service with a civic or religious organization or a professional association
- Involvement in the prison community, including as tutor, mentor, or suicide watch companion

If you have not been able to participate in these activities, explain below.

| Description of activity | Approximate start and end dates (year to year) |
|---|---|
|  |  |
|  |  |
|  |  |

**Who can tell us about your participation in the above activities?**

| Name(s) | Contact information |
|---|---|
|  |  |

**Is there anything you would like us to know about your reasons for engaging in community activities?** If you have not been able to participate in these activities, you can let us know why here.

_____

_____

_____

| Check here if you are attaching additional pages. Add the section name to the top of each page. |
|---|

# D. Educational and Licensing Opportunities

**What educational or licensing opportunities have you had?**

These can be programs you have started or completed, including courses you completed and licenses you earned while incarcerated. Some examples are:

- College correspondence courses
- Associate, bachelor, master programs
- Department of Labor courses
- Certificate programs
- Vocational training
- Commercial driver's license (CDL) courses
- Licenses: cosmetology, real estate, nursing, teaching, welding, electrician, or other

If you need more space, attach additional pages.

| School or program name | Subject studied and degree or certification received | Approximate dates attended (month/year to month/year) |
|---|---|---|
| | | |
| | | |

| License Type | Approximate date issued (year) |
|---|---|
| | |
| | |

We know that people with a criminal record may have trouble getting into educational programs or receiving licenses. If that applies to you, give details here. If you have them, you can attach any denial or decision letters from licensing officials or related documents.

| School or program name or license type | Details | Approximate date of denial or when informed not eligible (year) |
|---|---|---|
| | | |
| | | |

Check here if you are attaching additional pages. Add the section name to the top of each page.

# E. Places Lived

**Where have you lived in the last <u>three years</u>?**

We already have your current address from your background information.

- Do not use P.O. Boxes.
- Give apartment/unit numbers.
- Do not leave any gaps in dates.

- If you have lived in more than three places, attach additional pages.

If there were any periods where you did not have housing, you can note that below.

| Street address | Apartment /Unit | City, state | Zip code | Approximate dates living there (month/ year to month/year) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

If you are experiencing homelessness or have in the past, note the dates.

_____

(month/year to month/year)

# F. Military Service

**Have you served in the military?**                    ☐  Not applicable

_____        _____
Dates of service                                                        Branch(es)

_____        _____
Serial number                                                           Type of discharge

**Tell us briefly about your military service.** For example, any tours of duty, time overseas or in active combat, disciplinary sanctions or military criminal proceedings taken against you, commendations or medals awarded to you, or other notable achievements. If available, attach a copy of your DD-214.

_____

_____

_____

_____

_____

Check here if you are attaching additional pages. Add the section name to the top of each page.

## G. Job History

**Where have you worked in the last <u>seven years</u>?**

- Include full and part-time jobs
- If applicable, include jobs while incarcerated
- Use approximate dates
- Do not leave any gaps in dates

- If you have had more than three jobs, attach additional pages
- If you are retired, give the approximate date your retirement began in the "Current employer" section

| | | | |
|---|---|---|---|
| Current employer | Type of business | Position | Month/year started |
| Employer street address | City, state | Zip code | Supervisor name and phone number |

| Previous employer name | Type of business | Position | Employer address and phone number | Approximate dates worked (month/year to month/year) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

If you are currently unemployed or have been in the past, give the dates and share how you supported yourself during that time.

_____

_____

If your criminal record has affected your ability to find work, give details here. If you received a rejection letter or termination notice because of your conviction, you can attach a copy.

_____

_____

Your work history will be reviewed as part of any background investigation. If you have been fired, accused of misconduct at a job, or given an unsatisfactory job performance rating, give details here.

_____

_____

Check here if you are attaching additional pages. Add the section name to the top of each page.

## H. Sobriety and Substance Use

**Have you struggled with substance use?**                    ☐  Not applicable

We know that many people have struggled with substance use and that this can be difficult to discuss. Your honest reflection is helpful to us.

| Type of drug or alcohol | How often were you using? | Approximate dates used (month/year to month/year) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**If you have been diagnosed with a substance use disorder, give details here.**

Diagnosis                                              Date of diagnosis (month/year)

**Give information on any counseling or treatment you received or rehabilitation program you attended for substance use.**

Facility/counselor/doctor name                              When did you attend? (month/year to month/year)

Street address                    Suite no.    City, state          Zip code

Phone number                          Email address

**How long have you been sober?**
Days, months, or years

**Is there anything else you would like to share about your history with sobriety and substance use?**

Check here if you are attaching additional pages. Add the section name to the top of each page.

# I. Financial Information

**Do you have any debts that are late or in default (including child support payments) or do you have any bankruptcy filings?**

We know that criminal convictions may affect some people's ability to get a job and may carry heavy financial penalties, making it harder to keep up with necessary expenses. We know this can be a hard subject to discuss. Your honest reflection is helpful to us.

- Note: A credit report will be reviewed if a background investigation is started.

| Description of debt that is late or in default | Approximately how much is the debt? |
|---|---|
|  |  |
|  |  |
|  |  |

| Court where bankruptcy filed | Approximate year bankruptcy filed and outcome | Approximately how much debt did you want to discharge? |
|---|---|---|
|  |  |  |
|  |  |  |

**Is there anything else you would like to share about your experience with finances since your conviction?**

This may include information on why you are unable to pay the above debts or filed for bankruptcy and any plans to catch up on payments for any debts that are late or in default.

_____

_____

_____

_____

_____

_____

Check here if you are attaching additional pages. Add the section name to the top of each page.

## J. Case Background and Other Criminal History

**a. Give basic information on the conviction for which you are seeking pardon.**

If you are seeking pardon for more than one conviction, attach additional pages.

It is not required, but, if available, sending a copy of these documents with your application will help us review your case more quickly. See cover page for more information.

- Presentence report
- Judgment
- Statement of reasons

- Indictment or Information
- Case docket report

☐  Check here if you are attaching any of these documents.

**Did you plead guilty?**     ☐  Yes          ☐  No

_____          _____
Approximate date(s) of offense (month/year to month/year)          Approximate date you were sentenced (month/year)

_____          _____
Court where you were prosecuted (D.C. Superior Court, military court, or name of U.S. District Court)          Case number

_____
Of what were you convicted?

**What sentence did you receive?** (fill in where applicable)

**Imprisonment:**     _____          _____
          Prison sentence (months or years)          Approximate date you were released from prison, community confinement, or home detention (month/year)

**Probation or supervised release:**     _____          _____
          Sentence for probation or supervised release (months or years)          Approximate date you completed your term of probation or supervised release (month/year)

**Financial penalties:**     _____          _____          _____
          Assessment amount          Fine amount          Restitution amount

**b. Tell us about your conduct for which you were convicted.**

We want to hear from you, in your own words. The more specific and complete you are, the more helpful it is to us. We are specifically looking for information that is NOT in the public record of your case. You may wish to answer the following:

- What was your role in the offense?
- How, when, and why did you get involved?
- What actions did you take in connection with the offense? (Include all actions, even if you pleaded guilty to only specific conduct, counts, or portions of the full criminal activity.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Do you accept responsibility for your conduct?** Explain why or why not.

_____

_____

_____

_____

_____

Check here if you are attaching additional pages. Add the section name to the top of each page.

**c. Tell us about any other criminal history**.

Your criminal history will be reviewed as part of any background investigation. List any other arrests or convictions that may appear on your criminal history record, if any, including juvenile and expunged records, and give any information you would like us to know about them. If you have your presentence report, you may attach it and give missing or additional information you would like us to know below.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐  Check here if you are attaching additional pages. Add the section name to the top of each page.

## K. Certification and Personal Oath

I certify, under penalty of perjury, that all information in my petition and any document submitted with it were given or authorized by me and that I reviewed and understand the information contained in, and submitted with, my petition. I further certify, under penalty of perjury, that all the information I gave in the application is complete, true, and correct to the best of my knowledge, information, and belief.

In petitioning the President of the United States for pardon, I do solemnly swear that I will be law-abiding and will support and defend the Constitution of the United States against all enemies, foreign and domestic, and that I take this obligation freely and without any mental reservation whatsoever.

Respectfully submitted this _____ day of _____ , _____ .
Day                                   Month                           Year

*Ethan Nordean*
Your signature

# L. Authorization for Release of Information

**Carefully read this authorization, and if you agree, sign and date in ink.**

I authorize any investigator, special agent, or other duly accredited representative of the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to obtain information relating to my activities from schools, residential management agents, employers, criminal justice agencies, retail business establishments, courts, or other sources of information. This information may include, but is not limited to, my academic, residential, achievement, performance, attendance, disciplinary, employment history, criminal history, arrest, conviction, including the presentence investigation report, if any, medical, psychiatric/psychological, health care, and financial and credit information.

I understand that, for financial or lending institutions and certain other sources of information, a separate specific release may be needed (pursuant to their request or as may be required by law), and I may be contacted for such a release at a later date.

I further authorize the Federal Bureau of Investigation, the Department of Defense, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my suitability for a government benefit.

I authorize custodians of records and sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary. I understand that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes of processing my application for a government benefit, and may be redisclosed by the Government only as authorized by law.

Copies of this authorization that show my signature are as valid as the original release signed by me. If not previously revoked in writing, this Authorization is valid and shall remain in effect so long as I am under consideration for a government benefit.

| Signature (sign in ink) *Ethan Nordean* | |
|---|---|
| Full Name (type or print legibly) | Date Signed |
| Other Names Used | |
| Street Address | |
| City | State | ZIP Code |
| Home Telephone Number (include area code) | Social Security Number |

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of ___**Ethan Nordean**_____

Name of petitioner

I certify that I have personally known the petitioner for ___**3**___ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

**See attachment labeled Magan Courson**

_____

_____

_____

_____

_____

_____

_____

**X** Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

Signature

**5-13-2025**

Date

**Magan Courson**

Print Name

**4076 Pine Ridge Ln - Weston, FL 33331**

Address

**253-414-8882**

Phone number

**maganmarie423@gmail.com**

Email address

## M. Letter of Support

☐  Primary reference (select exactly 3)

on behalf of    __**Ethan Nordean**_____

Name of petitioner

I certify that I have personally known the petitioner for __**12**_____ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

**See attachment labeled - Jacob Monroe**

_____

_____

_____

_____

_____

_____

☐  Check here if you are attaching additional pages.

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

Signature

Date

**Jacob Monroe**

Print Name

**7814 126th Ave SE - Newcastle, WA**

Address

**425-442-9910**

Phone number

**jaymonroe@gmail.com**

Email address

## M. Letter of Support

☐ Primary reference (select exactly 3)

on behalf of    **Ethan Nordean**
_____
Name of petitioner

I certify that I have personally known the petitioner for_____ years and am not related to petitioner by blood or marriage.

**In support of this pardon petition, I state the below:**

NOTE: The information below should be based on your personal knowledge of the petitioner. Helpful information includes:

- How you know the individual,
- What you know of their reputation and conduct since their conviction, and
- Their personal and professional activities, including at work, at home, and in the community.

_____

_____

_____

_____

_____

_____

_____

_____

| ☐ Check here if you are attaching additional pages. |

**I affirm that the above information is true and correct to the best of my knowledge, information, and belief.**

_____    **Connor Richardson**
Signature                           _____
                                    Print Name
**5-13-2025**                        **31930 169th Ave SE - Auburn, WA 98092**
_____    _____
Date                                Address
                                    **253-414-8882**
                                    _____
                                    Phone number
                                    **crich@yahoo.com**
                                    _____
                                    Email address

## N. Application Checklist

## 1. Gather the following information.

**Required**

☐ Application form (pages 6-17)

☐ Signed certification and personal oath (page 18)

☐ Signed and completed Authorization for Release of Information form (page 19)

☐ 3 signed letters of support from non-relatives (pages 20-22)
  *Note: You MUST select exactly 3 as your primary letters*

**Optional**

☐ Official records: presentence report, judgment, statement of reasons, indictment or information, or court docket record

☐ Personal records supporting answers

☐ Additional pages to complete answers

☐ Additional pages with any information you feel would make your application stronger.

## 2. Submit your application.

*NOTE: Keep a copy of everything you submit for your personal records*

**For general pardon applications**

The fastest way to submit your application is by email. If you send it by mail, it may take longer to process.

| **By email** | **By mail** |
|---|---|
| Email documents in PDF or Word format to USPardon.Attorney@usdoj.gov | U.S. Dep't of Justice, Office of the Pardon Attorney<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

**For pardon of a general court-martial conviction only**

Submit your application to the military department that had original jurisdiction in your case.
*NOTE: Send a single PDF not exceeding 10 MB in size*

| **U.S. Army:**<br>Office of the Judge Advocate General<br>ATTN: Criminal Law Division, (DAJA-CL)<br>2200 Army Pentagon<br>Washington, D.C. 20310-200<br>usarmy.pentagon.hgda-otjag.list.cld-ops-army-executive-pardons@army.mil | **U.S. Navy/U.S. Marine Corps:**<br>Office of the Judge Advocate General<br>Criminal Law Division (Code 20)<br>1254 Charles Morris Street S.E., Suite B01<br>Washington Navy Yard, D.C. 20374<br><br>NavyPardonRequests@us.navy.mil |
|---|---|
| **U.S. Air Force:**<br>Office of the Judge Advocate General<br>Attention: AF/JAJI<br>1500 W. Perimeter Road, Suite 1300<br>Joint Base Andrews<br>Naval Air Facility, MD 20762<br>AF.JAJIWorkflow@us.af.mil | **U.S. Coast Guard:**<br>Commandant (CG-LMJ)<br>U.S. Coast Guard Headquarters<br>2703 Martin Luther King Jr. Avenue S.E.<br>Washington, D.C. 20032<br><br>HQS-DG-LST-CG-LMJ@uscg.mil |

*NOTE: Pardon of a military offense will not change the character of a military discharge*

## 3. Keep your contact information updated.

We will need to reach you during the pardon process. If your contact information changes, email us at USPardon.Attorney@usdoj.gov or send a letter to our mailing address.

The application process:

1. **Confirmation letter** – We will send an email or letter letting you know we received your application and if it is missing any parts. If you have not received a confirmation after **three months**, email USPardon.Attorney@usdoj.gov (preferred) or send a letter to our mailing address. You can check the status of your case on the Pardon Attorney's website: justice.gov/pardon/search-clemency-case-status.

2. **Follow-up letters** – It may take some time for review of your application to start. During the review, we may need more information or updates to your application. If we do, we will contact you by email (preferred) or mail.

3. **Background investigation** – During the review of your application, a background investigation may be necessary. The investigation is conducted by agents of the Federal Bureau of Investigation (FBI). We will let you know by email (preferred) or mail if we have asked for a background investigation. It may include interviews of you, the people who wrote your letters of support, neighbors, former and present employers, acquaintances, and other individuals who may be able to give relevant information about you. The agent will be discreet and make reasonable efforts not to disclose the reason for the investigation, but we cannot guarantee that those interviewed will not learn that you are seeking pardon for a past criminal conviction.

4. **Notification of final decision** – You will be notified when a final decision is made by the President. This may take years. No hearing will be held and there is no appeal from the President's decision to deny a request for pardon.