IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| **Enrique Tarrio**, | )<br>) |
| **Zachary Rehl**, | )<br>) |
| **Ethan Nordean**, | )<br>) |
| **Joseph Biggs**, | )<br>) |
| and | )<br>) |
| **Dominic Pezzola** | )<br>) |
| *Plaintiffs* | )<br>)   **Case No.:** 6:25-cv-998 |
| v. | )<br>) |
| **United States of America**, | )<br>) |
| **FBI Special Agent Nicole Miller**,<br>*sued in her individual capacity*, | )<br>)<br>) |
| and | )<br>) |
| **John Doe Nos. I-X**,<br>*Unknown employees of the FBI and DOJ*,<br>*sued in their individual capacities*, | )<br>)<br>) |
| *Defendants*. | )<br>) |

**Unopposed Motion for Special Admission**

Thomas F. Ranieri, Esquire, moves for special admission to represent plaintiffs in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, the Eastern District of Virginia.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

    /s/ Thomas F. Ranieri_____
Thomas F. Ranieri, Esq.
Va. Bar No.  93150
RANIERI & ASSOCIATES, PLC
33 Cedarside Court
Front Royal, Virginia 22630
Tel:  540-551-2330
Email:  ranieri@tra-lawfirm.com
*Counsel for Plaintiff*

**Local Rule 3.01(g) Certification**

Opposing Counsel is unknown and cannot yet be contacted regarding this Motion for Special Admission. Once Opposing Counsel is known, I will supplement this filing to inform the Court of Opposing Counsel's position upon receipt.

    /s/ Thomas F. Ranieri
Thomas F. Ranieri, Esq.