IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| Enrique Tarrio, | ) |
| Zachary Rehl, | ) |
| Ethan Nordean, | ) |
| Joseph Biggs, | ) |
| and, | ) |
| Dominic Pezzola | ) |
| Plaintiffs | ) Case No.: 6:25-cv-998-WWB-DCI |
| v. | ) |
| United States of America, | ) |
| FBI Special Agent Nicole Miller, *sued in her individual capacity,* | ) |
| and | ) |
| John Doe Nos. I-X, *Unknown employees of the FBI and DOJ, sued in their individual capacities,* | ) |
| Defendants. | ) |

## Unopposed Motion for Special Admission

**COMES NOW** Thomas F. Ranieri, Esquire (hereinafter "I"), and pursuant to M.D. FLA. LOCAL R. 2.01, moves for special admission to represent plaintiffs in this action.

I am **not** a member in good standing of The Florida Bar.

I **am** a member in good standing of a bar of a United States district court; specifically, U.S. District Courts for the Eastern and Western Districts of Virginia.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- Tarrio et al. v. United States of America, et al., 6:25-cv-998-WWB-DCI.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or shall pay the fee upon special admission.

I shall register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States, bear true faith and allegiance to the government of the United States, maintain the respect due to the courts of justice and all judicial officers, well and faithfully discharge my duties as an attorney and officer of this Court, and conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Pursuant to M.D. FLA. R. 2.02(a), I am the lead counsel in the above-captioned matter, and will register as such with CM/ECF as soon as admitted.

As explained below, I was unable to communicate with opposing counsel regarding my motion for special admission. As such, I cannot certify this Motion under Local Rule 3.1(g)(1)-(2), and must instead rely on Local Rule 3.1(g)(3).

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

Respectfully submitted this 25th day of June, *Anno Domini* 2025.

_____
Thomas F. Ranieri, Esq.
Va. Bar No. 93150
RANIERI & ASSOCIATES, PLC
33 Cedarside Court
Front Royal, Virginia 22630
Tel: 540-551-2330
Email: ranieri@tra-lawfirm.com
*Lead Counsel for Plaintiff*

**Local Rule 3.01(g) Certification**

I have attempted to confer with the opposing party and represent the opposing parties have not responded to my attempts to get their opposition or consent to my special admission.

I attempted to contact the United States Attorney's office for the Middle District of Florida. They communicated with me, but told me that they do not assign counsel to a case until it has been properly served upon them. I asked if they would waive service, and they refused. Ex. 1 – US Atty Email. Consequently, I am unable to get the United States' consent or opposition to my special admission, and will not be able to get it without serving a summons on the United States. I cannot file or serve a summons until I have been specially admitted.

The attorneys for the Federal Bureau of Investigation reached out and indicated that they would accept service on behalf of Special Agent Nichole Miller. We worked together on that, and Special Agent Miller has been served, but I have not been provided with an executed Form AO 399 Waiver of Service by the FBI. Ex. 2 – Miller Waiver of Service Email. I asked whether there was anyone I could discuss my Motion

for Special Appearance with, but I was informed the FBI Counsel's Office's involvement was limited to acceptance of service of process. Ex. 3 – FBI Miller Email.

These communications happened throughout between June 13 – 17, 2025.

Pursuant to Local Rule 3.1(g)(3), I will again attempt to communicate with the parties throughout June 25 – June 30, 2025, three business days, in an attempt to get the parties opposition or consent to this Motion. Thereafter, I will file a supplement to the Motion regarding whether the parties "have resolved all or part of the Motion" as required by Local Rules.

Thomas F. Ranieri, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of June 2025, the foregoing was filed in person with the Clerk of Court for the U.S. States' Court for the Middle District of Florida.

I further certify that I caused a copy of the foregoing Motion to be sent by certified mail to the following addresses:

**Civil Process Clerk**
OFFICE OF THE UNITED STATES ATTORNEY FOR
THE MIDDLE DISTRICT OF FLORIDA
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**Attorney General Pamela Bondi**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

**Director Kash Patel**
FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

Thomas F. Ranieri, Esq.



Thomas Ranieri <ranieri@tra-lawfirm.com>

### 6:25-cv-00998-WWB-DCI Tarrio et al v. United States

**Carper, Krystal (USAFLM)** <Krystal.Carper@usdoj.gov>  Tue, Jun 17, 2025 at 4:00 PM
To: Thomas Ranieri <ranieri@tra-lawfirm.com>

Thomas,

We don't waive proper service. Our office will need to be served with the Complaint and Summons.

v/r

Krystal Carper

Legal Assistant

United States Attorney's Office

Middle District of Florida

400 W. Washington Street

Orlando, FL 32801

Email: Krystal.Carper@usdoj.gov

Phone: 407-648-7500

[Quoted text hidden]



Thomas Ranieri <ranieri@tra-lawfirm.com>

## RE: [EXTERNAL EMAIL] - Tarrio et al. v. U.S. et al., 6:25-cv-998 Service
2 messages

---

**FBI.SERVICE.CIVIL@fbi.gov** <FBI.SERVICE.CIVIL@fbi.gov>                     Mon, Jun 16, 2025 at 2:32 PM
To: Thomas Ranieri <ranieri@tra-lawfirm.com>
Cc: Administration Ranieri <admin@tra-lawfirm.com>, Nikki Sachdecha <sachdecha@tra-lawfirm.com>, Augustus Invictus <invictus@tra-lawfirm.com>

Service of the complaint is received and accepted.

This email address is only for accepting service of process. Any request for a position on any other litigation issue must be made to opposing counsel when assigned.

Thank you.

**From:** Thomas Ranieri <ranieri@tra-lawfirm.com>
**Sent:** Friday, June 13, 2025 2:52 PM
**To:** FBI.SERVICE.CIVIL <FBI.SERVICE.CIVIL@fbi.gov>
**Cc:** Administration Ranieri <admin@tra-lawfirm.com>; Nikki Sachdecha <sachdecha@tra-lawfirm.com>; Augustus Invictus <invictus@tra-lawfirm.com>
**Subject:** [EXTERNAL EMAIL] - Tarrio et al. v. U.S. et al., 6:25-cv-998 Service

To Whom It May Concern,

Please find attached the complaint and exhibits as well as the form for Waiver of Service and the Summons I was planning on using. Please let me know if you there is anything further you need.

In your letter, you indicated that your office's involvement in this letter is limited. I need to ask whether your office is able to to tell me whether Special Agent Miller intends to oppose my Rule M/D. Fla. 2.02(a) motion for special admission in the Middle District of Florida, and, if so, whether you would be able to direct the question to Agent Miller or whomever will be representing her?

I ask because M.D. Fla. Local R. 3.01 requires me to try and get the opposing party's consent to the Motion, or, if neither the the party or her attorney are available, I am required to attempt to communicate with them for three days before filing. This email, in addition to a providing the complaint and Waiver of Service, is an attempt to fulfill my obligation to get an opposing party's consent for a Motion for Special Admission to MD Fla for this case.

Thank you and have a nice day. Please communicate any questions or concerns you may have to me at any time.

Very truly yours,

Thomas

**Thomas F. Ranieri, Esq.**

*Principal, Ranieri & Associates, PLC*

Office: (540) 551-2330

---

**Thomas Ranieri** <ranieri@tra-lawfirm.com>  Wed, Jun 25, 2025 at 11:35 AM
To: "FBI.SERVICE.CIVIL@fbi.gov" <FBI.SERVICE.CIVIL@fbi.gov>

To Whom It May Concern,

Thank you for accepting service.

Under the Local Rules for the Middle District of Florida, I have to file service of process paperwork with the court with 21 days of service. Would you please return a completed and signed Form AO 399 which I can file with the Court so that I can inform it Special Agent Miller has been properly served? I am not certain whether the Court will agree SA Miller has been properly served without that Form.

Please advise.

Thank you and have a nice day.

Very truly yours,

Thomas

**Thomas F. Ranieri, Esq.**
*Principal, Ranieri & Associates, PLC*
Office: (540) 551-2330

[Quoted text hidden]



Thomas Ranieri <ranieri@tra-lawfirm.com>

## RE: [EXTERNAL EMAIL] - Tarrio et al. v. U.S. et al., 6:25-cv-998 Service
1 message

FBI.SERVICE.CIVIL@fbi.gov <FBI.SERVICE.CIVIL@fbi.gov>    Mon, Jun 16, 2025 at 2:32 PM
To: Thomas Ranieri <ranieri@tra-lawfirm.com>
Cc: Administration Ranieri <admin@tra-lawfirm.com>, Nikki Sachdecha <sachdecha@tra-lawfirm.com>, Augustus Invictus <invictus@tra-lawfirm.com>

Service of the complaint is received and accepted.

This email address is only for accepting service of process. Any request for a position on any other litigation issue must be made to opposing counsel when assigned.

Thank you.

From: Thomas Ranieri <ranieri@tra-lawfirm.com>
Sent: Friday, June 13, 2025 2:52 PM
To: FBI.SERVICE.CIVIL <FBI.SERVICE.CIVIL@fbi.gov>
Cc: Administration Ranieri <admin@tra-lawfirm.com>; Nikki Sachdecha <sachdecha@tra-lawfirm.com>; Augustus Invictus <invictus@tra-lawfirm.com>
Subject: [EXTERNAL EMAIL] - Tarrio et al. v. U.S. et al., 6:25-cv-998 Service

To Whom It May Concern,

Please find attached the complaint and exhibits as well as the form for Waiver of Service and the Summons I was planning on using.  Please let me know if you there is anything further you need.

In your letter, you indicated that your office's involvement in this letter is limited.  I need to ask whether your office is able to to tell me whether Special Agent Miller intends to oppose my Rule M/D. Fla. 2.02(a) motion for special admission in the Middle District of Florida, and whether you would be able to direct the question to Agent Miller or whomever will be representing her?

I ask because M.D. Fla. Local R. 3.01 requires me to try and get the opposing party's consent to the Motion, or, if neither the the party or her attorney are available, I am required to attempt to communicate with them for three days before filing.  This email, in addition to a providing the complaint and Waiver of Service, is an attempt to fulfill my obligation to get an opposing party's consent for a Motion for Special Admission to MD Fla for this case.

Thank you and have a nice day. Please communicate any questions or concerns you may have to me at any time.

Very truly yours,

Thomas

**Thomas F. Ranieri, Esq.**

*Principal, Ranieri & Associates, PLC*

Office: (540) 551-2330