IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| Enrique Tarrio, | ) |
| Zachary Rehl, | ) |
| Ethan Nordean, | ) |
| Joseph Biggs, | ) |
| and, | ) |
| Dominic Pezzola | ) |
| Plaintiffs | ) Case No.: 6:25-cv-998-WWB-DCI |
| v. | ) |
| United States of America, | ) |
| FBI Special Agent Nicole Miller, *sued in her individual capacity,* | ) |
| and | ) |
| John Doe Nos. I-X, *Unknown employees of the FBI and DOJ, sued in their individual capacities,* | ) |
| Defendants. | ) |

## LOCAL RULE 3.01 SUPPLEMENTAL REPORT

**COMES NOW** Thomas F. Ranieri, Esquire (hereinafter "I"), and pursuant to M.D. FLA. LOCAL R. 3.01(g)(3), to submit this supplemental report relating to the plaintiffs' counsel' Motion for Special Admission, and in support of same, respectfully submits the following:

Page **1** of 3

1. I reached out again to each of the defendants known to the plaintiffs in an attempt to negotiate regarding the Motion for Special Admission.

2. A record of the attempts is attached hereto. Ex. 1 - DOJ Email; Ex. 2 - FBI Email.

3. My understanding is that neither party has assigned a lawyer to the case as of yet.

4. FBI counsel has accepted service on behalf of Special Agent Miller. Ex. 2.

5. DOJ refuses to waive service and will not assign an attorney without service of process.

6. The local rules obligate me to attempt to resolve this with opposing counsel for three days, and, if there is no opposing counsel known to the plaintiffs' counsel, I am obligated to attempt to try and identify them.

7. I have made a good faith effort to try to speak with and resolve the Motion for Special Admission both before and after the filing of the Motion.

8. Though I believe the initial communication and information provided by the offices of the parties was sufficient to satisfy Local Rule 3.01(g), as a courtesy, I waited for three full business days to see if an attorney would appear for the defense.

9. As none have, I respectfully request that the Court grant my Unopposed Motion for Special Admission.

Respectfully submitted this 1st day of July, *Anno Domini* 2025.

*[signature]*

Thomas F. Ranieri, Esq.
Va. Bar No. 93150
RANIERI & ASSOCIATES, PLC
33 Cedarside Court
Front Royal, Virginia 22630
Tel: 540-551-2330
Email: ranieri@tra-lawfirm.com
*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of July 2025, the foregoing was filed in person with the Clerk of Court for the U.S. States' Court for the Middle District of Florida.

I further certify that I caused a copy of the foregoing Motion to be sent by certified mail to the following addresses:

**Civil Process Clerk**
OFFICE OF THE UNITED STATES ATTORNEY FOR
THE MIDDLE DISTRICT OF FLORIDA
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**Attorney General Pamela Bondi**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

**Director Kash Patel**
FEDERAL BUREAU OF INVESTIGATION
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

*[signature]*

Thomas F. Ranieri, Esq.