

Thomas Ranieri <ranieri@tra-lawfirm.com>

## 6:25-cv-00998-WWB-DCI Tarrio et al v. United States

**Thomas Ranieri** <ranieri@tra-lawfirm.com>  Thu, Jun 26, 2025 at 5:43 PM
To: "Carper, Krystal (USAFLM)" <Krystal.Carper@usdoj.gov>
Cc: Administration Ranieri <admin@tra-lawfirm.com>, Nikki Sachdecha <sachdecha@tra-lawfirm.com>

Krystal,

I hope that you are well.

I write this email pursuant to Middle District of Florida Rule 3.01(g), which requires me to try and communicate with opposing counsel regarding a motion I filed for special admission.

I know that your office's involvement is limited, and that no attorney has as yet been assigned as summons has not been properly served.  In an abundance of caution in my attempts to comply with local rules, I would still like to asked whether an attorney or office been assigned to this case, and if so, what is the best way of getting in touch with them to discuss my Motion for Special Admission, filed yesterday?

Thank you for your time, and have a great afternoon.  Thank you for your patience.

Very truly yours,

Thomas

**Thomas F. Ranieri, Esq.**
*Principal, Ranieri & Associates, PLC*
Office: (540) 551-2330

[Quoted text hidden]

 Thomas Ranieri <ranieri@tra-lawfirm.com>

## RE: [EXTERNAL EMAIL] - Tarrio et al. v. U.S. et al., 6:25-cv-998 Service

**FBI.SERVICE.CIVIL@fbi.gov** <FBI.SERVICE.CIVIL@fbi.gov>  Fri, Jun 27, 2025 at 1:02 PM
To: Thomas Ranieri <ranieri@tra-lawfirm.com>

This email confirms that as of June 13, 2025, the FBI has accepted service of process in this case as the authorized agent of defendant Special Agent Nicole Miller.

The FBI will not provide a Form 399, because the FBI has accepted service on behalf of SA Miller, who authorized acceptance rather than waiving service.

You may file this email with the court as documentation that you have effected service on SA Miller's authorized agent. Alternatively, you may engage with SA Miller's assigned counsel, whom we understand will be filing a notice of appearance.



Thomas Ranieri <ranieri@tra-lawfirm.com>

## RE: [EXTERNAL EMAIL] - Tarrio et al. v. U.S. et al., 6:25-cv-998 Service

**Thomas Ranieri** <ranieri@tra-lawfirm.com>　　　　　　　　　　　　　　Thu, Jun 26, 2025 at 4:19 PM
To: "FBI.SERVICE.CIVIL@fbi.gov" <FBI.SERVICE.CIVIL@fbi.gov>
Cc: Administration Ranieri <admin@tra-lawfirm.com>, Nikki Sachdecha <sachdecha@tra-lawfirm.com>

To Whom It May Concern:

I hope you are well. I appreciate your patience.

I write this email pursuant to Middle District of Florida Rule 3.01(g), which requires me to try and communicate with opposing counsel regarding a motion I filed for special admission.

I know that your office's involvement is limited. Has an attorney or office been assigned to Special Agent Miller's case, and if so, what is the best way of getting in touch with them?

Thank you for your time, and have a great afternoon.

Very truly yours,

Thomas

**Thomas F. Ranieri, Esq.**
*Principal, Ranieri & Associates, PLC*
Office: (540) 551-2330

[Quoted text hidden]