IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENRIQUE TARRIO et al.,
    Plaintiffs,

                                       Case No. 6:25-cv-998-WWB-DCI

v.

UNITED STATES OF AMERICA et al.,
    Defendants.

MOTION FOR LEAVE TO FILE
AMICUS BRIEF OF HENRY MISHKOFF

# This Civil Action is Not a Lawsuit.
# This Civil Action is an Invoice.

## I. OVERVIEW

In the attached brief, I explain how this so-called "lawsuit" is nothing more than a stunningly cynical attempt to employ the Judicial System of the United States as a tool to extract funds from the U.S. Treasury, and to transfer those funds to a gang of thugs who happen to be friends of the President of the United States.

In essence, the President's plan is to order the Justice Department to settle this hundred-million-dollar lawsuit out of court (or to defend it in an indifferent and lackluster fashion) so that the plaintiffs – all of whom are convicted felons – can be awarded tens of millions of dollars. Constitutionally, distributions from the U.S. Treasury must be approved by Congress. But in this case, the Executive Branch is

bypassing the Legislative Branch and attempting to manipulate the Judicial Branch in order to lend an air of legitimacy to a brazen raid on the Treasury.

In my brief, I argue that the Judicial Branch *must* resist this intrusion by the Executive Branch into the prerogatives of the Legislative Branch. If the Judicial Branch fails to put an emphatic halt to this outrageous action, the Executive Branch will continue to drain resources from the Treasury, resources that should be applied to purposes specified by the Legislative Branch, rather than being misapplied at the whim of the Executive Branch.

## II. RELEVANCE TO THE CASE

The attached brief bears directly on the disposition of the case. It is not hyperbolic to conclude that the defendants' collusion with the plaintiffs threatens not only the Judicial System but centuries of constitutional order in the United States. It is an extraordinary case of first impression, not only in that a similar case has never been heard by this Court, but because the issues raised by this case have never been heard by any U.S. court in the entire history of the republic.

## III. MOVANT'S INTEREST

As an American citizen and a taxpayer, some of the funds that the President is attempting to divert to his criminal associates are mine. Along with every other American citizen and every other American taxpayer, I have a vested interest in voicing my vociferous objection to this unconstitutional misappropriation of funds from the Treasury of the United States.

## IV. PRAYER

I respectfully ask the Court's leave to file the attached Amicus Brief in this case.

Respectfully submitted,

/s/ Henry Mishkoff

Henry Mishkoff
4062 Windhaven Lane
Dallas, TX 75287
(214) 458-3600
HankMishkoff@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on July 2, 2025, to all counsel of record and all other parties via first-class US Mail.

/s/ Henry Mishkoff

Henry Mishkoff