UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENRIQUE TARRIO, ZACHARY REHL,
ETHAN NORDEAN, JOSEPH BIGGS,
AND DOMINIC PEZZOLA,

        Plaintiffs,

v.           CASE NO. 6:25-cv-0998-WWB-DCI

UNITED STATES OF AMERICA and
NICOLE MILLER, individually,

        Defendants.
_____/

## NOTICE OF APPEARANCE

Comes now, Siegmund F. Fuchs, attorney for Defendants United States of America and Nicole Miller, and hereby enters this Notice of Appearance on their behalf in the above-captioned case.

Dated: July 3, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Civil Division, Torts Branch

<u>/s/ Siegmund F. Fuchs</u>
SIEGMUND F. FUCHS
Senior Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
Tel (202) 616-4322
Fax (202) 616-4314
siegmund.f.fuchs@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Thomas F. Ranieri, Esq.
Augustus Sol Invictus, Esq.

<u>/s/ Siegmund F. Fuchs</u>
SIEGMUND F. FUCHS
Senior Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice