IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

| | |
|---|---|
| **Enrique Tarrio**, | )<br>) |
| **Zachary Rehl**, | )<br>) |
| **Ethan Nordean**, | )<br>) |
| **Joseph Biggs**, | )<br>) |
| and, | )<br>) |
| **Dominic Pezzola** | )<br>) |
| *Plaintiffs* | )<br>) **Case No.:** 6:24-cv-998-WWB-DCI |
| v. | )<br>) |
| **United States of America**, | )<br>) |
| **FBI Special Agent Nicole Miller**,<br>*sued in her individual capacity,* | )<br>)<br>) |
| and | )<br>) |
| **John Doe Nos. I-X**,<br>*Unknown employees of the FBI and DOJ,*<br>*sued in their individual capacities,* | )<br>)<br>) |
| *Defendants.* | ) |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

**PLEASE TAKE NOTE** that pursuant to Local Rule 2.02(a), formal notice is given hereby that the undersigned attorney, Thomas F. Ranieri, Esq., shall serve as Lead Counsel for the Plaintiffs Enrique Tarrio, Zachery Rehl, Ethan Nordean, Joseph Biggs, and Dominic Pezzola in the action captioned above:


Thomas F. Ranieri, Esq.
Ranieri & Associates, PLC
33 Cedarside Court
Front Royal, Virginia 22630
Tel: 540-551-2330
Email: ranieri@tra-lawfirm.com

**Respectfully submitted this 7th day of July, *Anno Domini* 2025.**

_____
Thomas F. Ranieri, Esq.
Va. Bar No. 93150
RANIERI & ASSOCIATES, PLC
33 Cedarside Court
Front Royal, Virginia 22630
Tel: 540-551-2330
Email: ranieri@tra-lawfirm.com
*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of July 2025, I electronically filed the foregoing with the Clerk of Court utilizing the CM/ECF system, which shall send a notice of Electronic Filing to the following counsel of record.

>Brett A Shumate
>C. Salvatore D'Alessio, Jr.
>Siegmund F. Fuchs
>**U.S. Dept. of Justice, Civil Division, Torts Branch**
>Ben Franklin Station
>P.O. Box 7146
>Washington, D.C.  20044
>Siegmund.f.fuch@usdoj.gov
>*Defendant's Attorney*

I further certify that I caused a copy of the foregoing Notice to be sent by certified mail to the following addresses of interested parties:

>**Civil Process Clerk**
>OFFICE OF THE UNITED STATES ATTORNEY FOR
>THE MIDDLE DISTRICT OF FLORIDA
>400 North Tampa Street, Suite 3200
>Tampa, FL 33602

>**Attorney General Pamela Bondi**
>U.S. DEPARTMENT OF JUSTICE
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530

_____
Thomas F. Ranieri, Esq.