# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Enrique Tarrio, et al. | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | )<br>)<br>)  Civil Action No.  6:25-CV-998-WWB-DCI<br>)<br>)<br>) |
| United States of America, et al. | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Trudi Villarreal, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on July 14, 2025, at 10:41AM. I attempted to serve these documents with my initials, identification number, and the date and time of service endorsed thereon to the Office of the U.S. Attorney for the Middle District of Florida, in Hillsborough County, FL on July 14, 2025, at 3:41PM, at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, by leaving the following documents with Michael Norling who as Legal Assistant is authorized by appointment or by law to receive service of process for Office of the U.S. Attorney for the Middle District of Florida.

Summons
Complaint
Motion to Dismiss

SERVICE: I served Michael Norling, who indicated they were the person authorized and designated to accept service on behalf of Office of the U.S. Attorney for the Middle District of Florida. Served pursuant to F.S. 48.111(1)(b).

White Male, est age 45, blond hair, 180 lbs, 6'0".

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Hillsborough County, FL on July 14, 2025.

/s/ *Trudi Villarreal*
Signature
Trudi Villarreal
23-705399
+1 (813) 599-0762
810 Oakgrove Drive, 283, Brandon, FL 33510