# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
### Orlando Division

| | |
|---|---|
| **Enrique Tarrio, et al.,** | ) |
| *Plaintiffs,* | ) |
| | ) **Case No.: 6:25-cv-998-WWB-DCI** |
| v. | ) |
| **United States of America, et al.** | ) |
| *Defendants.* | ) |

## NOTICE OF APPEARANCE

Augustus Invictus, Esq. of Ranieri & Associates, PLC hereby files this, his Notice of Appearance, as Counsel for the Defendants, in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon him at the below listed address.

At the time of Magistrate Irick's Order to Show Cause of 12 June 2025, Undersigned Counsel had already self-reported to the Middle District and had been removed from the CM/ECF system and was, therefore, unable to respond to the Order to Show Cause. Undersigned Counsel has been re-admitted to the Middle District. A Certificate of Good Standing with today's date is attached.

**Respectfully submitted this 22nd day of August,** *Anno Domini* **2025.**

/s/ Augustus Invictus
Augustus Invictus, Esq.
Fla. Bar No. 98586
RANIERI & ASSOCIATES, PLC
424 E. Central Blvd. #731
Tel: 407-625-5636
Email: invictus@tra-lawfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on 22 August 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

    Thomas F. Ranieri, Esq.

    Siegmund F. Fuchs, Esq.

        /s/ Augustus Invictus  
        Augustus Invictus, Esq.