AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Augustus Sol Invictus**, Florida Bar # **0098586**, was duly admitted to practice in this Court on **January 03, 2013**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on August 22, 2025.



Elizabeth M. Warren

*Clerk of Court*