# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ENRIQUE TARRIO, ZACHARY REHL,
ETHAN NORDEAN, JOSEPH BIGGS,
AND DOMINIC PEZZOLA,

        Plaintiffs,

v.                                                                                         CASE NO. 6:25-cv-0998-WWB-DCI

UNITED STATES OF AMERICA and
NICOLE MILLER, individually,

        Defendants.
_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF

The United States of America and Special Agent ("SA") Nicole Miller, through undersigned counsel, hereby request leave to file a reply brief.

In their briefs in opposition to the motions to dismiss, Plaintiffs make several requests for affirmative relief. They request an evidentiary hearing/discovery on the issue of whether SA Miller was acting within the scope of her employment. ECF 33 at 6; *see also* ECF 34 at 8-9. They request leave to amend so they can exhaust their administrative remedies under the Federal Tort Claims Act. ECF 33, at 6. And they request leave to amend their complaint to add an allegation that a witness was coerced to testify falsely at their criminal trial. ECF 33 at 8; ECF 34 at 3 n.2.

In one of their opposition briefs, Plaintiffs certified that "Counsel for Plaintiffs conferred with counsel for the United States pursuant to Local Rule 3.01(g) on 11 August 2025. The United States opposes the relief requested herein." ECF 33 at 2. Plaintiffs never sought the United States' position on these requests for relief. And

Defendants fear that by failing to respond, the Court might treat those requests as unopposed under Rule 3.01(c). Thus, Defendants hereby request leave to file a reply brief (not to exceed 6 pages) to address the Rule 3.01(g) certification issue as well as the three new requests for affirmative relief.[1]

**Local Rule 3.01(g) Certification**

Counsel have conferred under Local Rule 3.01(g). Plaintiffs oppose the motion for leave to file a reply brief.

This 23rd day of September, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General,
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Civil Division,
Torts Branch

/s/ Siegmund F. Fuchs
SIEGMUND F. FUCHS
Senior Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044-7146
202-598-3916
siegmund.f.fuchs@usdoj.gov

Attorneys for the United States of America and SA Miller

---

[1] Because these requests are made for the first time in opposition briefs, it is unclear whether Defendants have a right to respond or whether they need to seek leave to file a reply brief. Out of an abundance of caution, Defendants opt to first seek leave.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

    Thomas F. Ranieri, Esq.
    Augustus Invictus, Esq.

                                             /s/ Siegmund F. Fuchs
                                             SIEGMUND F. FUCHS
                                             Senior Trial Attorney
                                             Civil Division, Torts Branch
                                             U.S. Department of Justice