IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Enrique Tarrio, et al., )
)
    *Plaintiffs*, )
)
v. )   Case No.: 6:25-cv-998-WWB-DCI
)
United States of America, et al. )
)
    *Defendants*. )
_____)

## MOTION TO WITHDRAW AS COUNSEL

    Augustus Invictus, Esq., pursuant to Middle District of Florida Local Rule 2.03(b) and Florida Rule of Professional Conduct 4-1.16, respectfully moves this Court for an Order permitting his withdrawal as counsel of record for Plaintiffs Enrique Tarrio, Zachary Rehl, Ethan Nordean, Joseph Biggs, and Dominic Pezzola, and states:

    1.    Augustus Invictus is currently one of the attorneys of record for Plaintiffs in this matter, along with Thomas F. Ranieri, Sr., Esq., and the law firm of Ranieri & Associates, PLC, which will remain counsel of record.

    2.    Good cause exists for Augustus Invictus's withdrawal.

    3.    Counsel has provided written notice to Plaintiffs of this Motion, and they are advised of all pending deadlines and settings.

    4.    Plaintiffs have been advised of their right to object to this Motion and of the continuing representation by Thomas F. Ranieri, Sr., Esq., and Ranieri & Associates, PLC.

5. Withdrawal of Augustus Invictus at this time will not materially prejudice Plaintiffs or unduly delay the proceedings, as Thomas F. Ranieri, Sr., Esq., and Ranieri & Associates, PLC will continue as counsel of record.

6. Pursuant to Local Rule 2.03(b), counsel certifies that granting this Motion will not delay the case or prejudice any party.

WHEREFORE, Augustus Invictus respectfully requests that the Court enter an Order permitting him to withdraw as counsel of record for Plaintiffs.

**Respectfully submitted this 20th day of November, *Anno Domini* 2025.**

   /s/ Augustus Invictus_____
Augustus Invictus, Esq.
RANIERI & ASSOCIATES, PLC
424 E. Central Blvd. #731
Orlando, Florida 32801
Telephone: 407.625.5636
Email: invictus@tra-lawfirm.com
*Counsel for Plaintiffs*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 20 November 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Thomas F. Ranieri, Esq.

Siegmund F. Fuchs, Esq.

   /s/ Augustus Invictus_____
Augustus Invictus, Esq.