# Affidavit

I Jeremy Bertino write the following of my own free will with no pressure from the government or any outside sources.

In march 2022 the fbi raided my then girlfriend now wife's home with a blank warrant. They followed me to my work where they approached my vehicle and opened my door and immediately took my cell phone. They put me in a black pickup and started to press me about J6. I told them then that nobody had any idea that was going to happen. It was organic and unorganized. They pushed the point that we planned it which I denied. I retained legal counsel and agreed to a proffer being sure that when they heard me tell the truth they would understand and leave me and my family alone. However that was not the case. They pushed that it was organized by Enrique tarrio even going so far as to lie to me about a document called 1776 returns. Saying he helped author it. Which was untrue. They subsequently told me I was looking at 25 years in prison for my "role" in organizing that attack. Another thing they said that was untrue. They used sarcastic posts from telegram and other social media sources to paint a picture that we (the proud boys) we responsible for the skirmish at the capitol. Everything I tried to explain to them in the first proffer was my truth. I was told if I didn't cooperate I would be facing the full pressure of the charges. 25 years of my life in prison for not breaking the law did not seem right so I had to help the frame the case they wanted. I was not allowed to make any exculpatory statements that would exonerate myself or my co defendants. I was forced to play their game and change the tenor of my story to fit their story of how we knew and in fact planned the entire event that happened at the capitol on J6 which was entirely untrue. I lost family and lifelong friends because of the charges and what they made me do. Using the law and fear of prison they made me bend my testimony to help create doubt in the jury's mind of the innocence of my co defendants. Their tactics were unethical and they did it to further their own careers. These type of tactics should be frowned upon and illegal. I deeply regret helping them mold their story which wasn't truth. It was built in conjecture and sarcasm. The truth is the Proud Boys and especially my codefendants and myself had no part in planning or had any idea prior knowledge that the events of J6 would take place. We watched in disbelief in real time as it happened. The events were unfortunate and to those who lost their lives on both sides of the event should be remembered so that nothing like this ever happens again. If the government had not coached and interfered with my testimony and allowed me to make the exculpatory statements I made to them in my first proffer then the outcome may have been different in the trial. However anyone that took the stand for the defense was threatened with charges and prison time. I had a family and a small business which I would have lost everything if I tried to stand up to them. No money for attorneys willing to fight the case for me. I severely regret testifying against my friends who are and were innocent of any plot, plan or goal of stopping any government proceedings.

Signed

Jeremy Bertino.

Date

Shannon M Gardner

Shannon M Gardner
Notary Public
South Carolina
My Commission Expires 04-10-27