## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ENRIQUE TARRIO, ZACHARY REHL, ETHAN NORDEAN, JOSEPH BIGGS, and DOMINIC PEZZOLA,

      Plaintiffs,

v.     Case No.: 6:25-cv-998-AGM-DCI

UNITED STATES OF AMERICA, NICOLE MILLER, and JOHN DOE I-X,

      Defendants.

| **Judge:** | **Anne-Leigh Gaylord Moe** <br> **U.S. District Judge** | **Date:** | **January 15, 2026** <br> 10:29am-11:21am; 12:07pm-12:27pm <br> **Total Time: 1 hour, 12 minutes** |
|---|---|---|---|
| **Deputy Clerk:** | Regina Fermer | **Court Reporter:** | Heather Suarez <br> heather@stenosuarez.com |
| **Counsel for Pltf:** | Thomas Ranieri, Sr. | **Counsel for Deft:** | Siegmund Fuchs |

## TRIAL STATUS CONFERENCE

Case called; appearances taken.
Court discusses matters of the case with the parties.
Court adjourned.
Court back on the record.
The parties did not decide on the stay of discovery.
The Court ordered each side file a brief, no more than 5 pages, in 10 days as to the Westfall Act Certification.
The Court will enter a written order.
Court adjourned.