**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ENRIQUE TARRIO, ZACHARY REHL,
ETHAN NORDEAN, JOSEPH BIGGS,
AND DOMINIC PEZZOLA,

        Plaintiffs,

v.                                                                                    CASE NO. 6:25-cv-0998-AGM-DCI

UNITED STATES OF AMERICA and
NICOLE MILLER, individually,

        Defendants.
_____/

**CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING**

    I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that the United States of America and Nicole Miller have not received any third-party litigation funding at this time, and I understand the continuing duty to supplement imposed by the Standing Order.

    This 10th day of March, 2026.        Respectfully submitted,

                                                                               BRETT A. SHUMATE
                                                                               Assistant Attorney General
                                                                               Civil Division

                                                                               JONATHAN D. GUYNN
                                                                               Deputy Assistant Attorney General,
                                                                               Torts Branch

                                                                               PAUL E. WERNER
                                                                               Assistant Director, Torts Branch

                                                                               */s/ Siegmund F. Fuchs*
                                                                               SIEGMUND F. FUCHS
                                                                               Senior Trial Counsel
                                                                               Civil Division, Torts Branch
                                                                               U.S. Department of Justice

                P.O. Box 7146
                Washington, D.C. 20044-7146
                202-598-3916
                siegmund.f.fuchs@usdoj.gov

                Attorneys for the United States of America and SA Miller

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Thomas F. Ranieri, Esq.

                                            /s/ Siegmund F. Fuchs
                                            SIEGMUND F. FUCHS
                                            Senior Trial Counsel
                                            Civil Division, Torts Branch
                                            U.S. Department of Justice