

Goal: USD $275,000     Raised: USD $220,433

Campaign created by ZUNY TARRIO

Campaign funds will be received by GLADYS PARDO

⚠ This campaign is currently unpublished.

# TARRIO FAMILY FUND

### Direct message from Enrique Tarrio

"From the bottom of my heart I want to THANK every single person that has donated. It has been an
inmense help for my appeal, which is also the appeal for all Americans that believe in our
rights.
Together we will defeat the unjust.
I will forever be in debt and looking forward to returning home, joining all of you and showing
how much you are appreciated."

God has blessed us in so many ways, but we need your help to keep our Faith and Cause
moving forward.

We humbly ask that you donate anything you can. This fund is for our legal fees. Your
donation will help our family stand our ground in this fight.

God Bless you all!

## Recent Donations

Show: Most Recent

**Anonymous Giver** - $ 5.00 USD
7 months ago
♥ 0

**Richard A** - $ 20.00 USD
8 months ago
I know its not much, when I'm working I can give more
♥ 0

**Anonymous Giver** - $ 5.00 USD
8 months ago
♥ 0

**Richard A** - $ 20.00 USD
9 months ago
I know its not much, when I'm working I can give more

## Updates