**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA**
Orlando Division

| | | |
|---|---|---|
| **Enrique Tarrio, et al.**, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | **Case No.:** 6:25-cv-998-WWB-DCI |
| | ) | |
| **United States of America, et al.** | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE AMENDED COMPLAINT**

**COME NOW** Plaintiffs Enrique Tarrio, Zachary Rehl, Ethan Nordean, Joseph Biggs, and Dominic Pezzola (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. Pro. 6(b)(1)(A) for a brief extension of time to file the Amended Complaint in this matter. In support thereof, Plaintiff states as follows:

1.      Fed. R. Civ. Pro. 6(b)(1)(A) provides that a court may, for good cause shown, extend the time within which a party must act, provided the request is made before the original deadline expires. The rule is designed to give courts the flexibility to accommodate the practical realities of litigation, including the demands that competing professional obligations place on counsel.

2.      The decision to grant an extension lies within the sound discretion of the Court, and such requests are routinely granted where good cause is demonstrated, and no prejudice to the opposing party is shown.

3.      Good cause exists to grant this brief extension of time. The first and second weeks of April 2025, precisely the period during which counsel needed to focus on researching and

drafting the Amended Complaint were consumed by an exceptionally demanding schedule of court-mandated obligations. Specifically, during that period, undersigned counsel had multiple court hearings, each requiring substantial preparation, pre-hearing briefing, and attendance, conducted a deposition, requiring witness preparation, coordination with parties and court reporters and attended a settlement conference, which required preparation, negotiation strategy, and significant time and attention.

4.      These obligations were not discretionary.  They were court-scheduled and client-driven, and they could not be deferred or delegated, and counsel is a solo practitioner.  The cumulative weight of these proceedings left counsel without a meaningful opportunity to dedicate the time and attention required to properly draft the Amended Complaint during the period it needed to be prepared.

5.      Counsel has only recently concluded these proceedings and has diligently sought to gather facts necessary to support the Amended Complaint.  While the baseline factual groundwork is in place, extra time is needed to translate that work into a complete, well-pled complaint that meets the standards of Fed. R. Civ. Pro. 8 and adequately sets forth all claims on behalf of Plaintiff.  With the current deadline arriving next week, counsel is concerned that he will not be able to find the time to amend the complaint and meet the his obligations to his other clients.

6.       The requested extension to May 15, 2025, is modest, an additional weeks past the current deadline, and is narrowly tailored to provide only what is necessary to properly complete the pleading. This request is not the product of neglect or lack of diligence, but rather the direct consequence of legitimate, court-related professional demands placed on counsel during a compressed timeframe.

7.      Granting this extension will not prejudice Defendant. This case remains in its early stages, and no trial date or imminent case deadline will be disrupted by this brief continuance.

8.      Defendant will have a full and fair opportunity to respond to the Amended Complaint once filed. The interests of justice are best served by allowing Plaintiff adequate time to present a complete and properly prepared pleading, rather than requiring the filing of a rushed and potentially deficient document.

9.      This Motion is made in good faith and not for the purpose of delay.

10.     Plaintiffs requested the Defendants' consent, and the Defendants indicated that they do not oppose this Motion.

**WHEREFORE**, and for the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order granting a brief extension of time to file the Amended Complaint, up to and including May 15, 2025, and for such other and further relief as the Court deems just and proper.

**Respectfully submitted this 27th day of April, *Anno Domini* 2026.**

 /s/ Thomas F. Ranieri
Thomas F. Ranieri, Esq.
RANIERI & ASSOCIATES, PLC
212 East 6th Street, Suite B
Front Royal, Virginia 22630
Telephone: 540-551-2330
Email: ranieri@tra-lawfirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Siegmund F. Fuchs, Esq.

_/s/ Thomas F. Ranieri_____
Thomas F. Ranieri, Esq.