| Date UTC | From | To | Content Text | Action |
|---|---|---|---|---|
| 2021-10-21 19:06:19 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | They better give you those calls! I want the ones from after the 8th, when we hit Aarons house!! They are going to be SOOOOO good! | Message |
| 2021-10-21 19:11:15 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i know! | Message |
| 2021-10-21 19:11:40 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i dont see any emails form Aaron past the 6th, even though there are emails as late as yesterday | Message |
| 2021-10-21 19:12:10 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Also you guys have a case on Sonny or no? Someone pinged us earlier and asked. Hanak told them to get with you. I told him i dont recall seeing anything that he went on Jan 6 | Message |
| 2021-10-21 19:12:19 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Maybe he sent them from Amandas account | Message |
| 2021-10-21 19:12:23 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | He sleeps over alot | Message |
| 2021-10-21 19:12:24 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Bahaha | Message |
| 2021-10-21 19:12:30 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i also want to know if his house got foreclosed | Message |
| 2021-10-21 19:12:39 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Oooh. I wonder. | Message |
| 2021-10-21 19:12:44 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I hope so | Message |
| 2021-10-21 19:12:56 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i dont think so. he wasnt too involved with the planning chat, nor do we know he was down there | Message |
| 2021-10-21 19:12:59 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | think he had to work | Message |
| 2021-10-21 19:13:03 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Yeah thats what i thought | Message |
| 2021-10-21 19:14:30 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i mean if we really want to work all the PB members, he's the one to go after | Message |
| 2021-10-21 19:14:43 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | especially his paypal, his wife's paypal and her venmo acct | Message |
| 2021-10-21 19:15:55 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I agree with you!!! | Message |
| 2021-10-21 19:21:05 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | just listened to about 7min of yelling... Zach to Amanda lol | Message |
| 2021-10-21 19:22:04 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Bahah. Did he find out shes hooking up with Aaron?! | Message |
| 2021-10-21 19:22:18 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Im waiting for this to be a legit thing. | Message |
| 2021-10-21 19:22:28 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | and when it is... popcorn! | Message |
| 2021-10-21 19:23:48 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | not yet... havent come across that one | Message |
| 2021-10-21 19:23:55 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | dang it | Message |
| 2021-10-21 19:23:57 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | hahaha ill bring beer | Message |
| 2021-10-21 19:24:06 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | yes! | Message |
| 2021-10-21 19:24:08 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i just got it today. there's a good amount of calls on it | Message |
| 2021-10-21 19:25:52 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Oh i bet! | Message |
| 2021-10-21 19:33:15 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | Looks like one of Zach's donation sites was "taken down" and he "lost" a good amount of money $30K ish | Message |
| 2021-10-21 19:33:46 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Huh. Wonder if that even was real. I hope no one gives him money | Message |
| 2021-10-21 19:34:08 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I know the one his lawyer created for him, they never even opened up to let ppl donate | Message |
| 2021-10-21 19:35:29 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | someone in cali gave a large donation, around 10K | Message |
| 2021-10-21 19:35:47 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Dang. Thats crazy | Message |
| 2021-10-21 19:36:15 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | oh well... i wish i have that kind of money to just throw around | Message |

| | | | | |
|---|---|---|---|---|
| 2021-10-21 19:51:59 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | found an email thread with REHL and his attorney MOSELEY. the attorney raised some interesting points | Message |
| 2021-10-21 19:52:54 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Hopefully all related to him pleaing out | Message |
| 2021-10-21 19:53:31 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | nope. he mentioned how we (GOV) did things improperly | Message |
| 2021-10-21 19:53:37 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | oy | Message |
| 2021-10-21 19:54:02 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i need to find other emails, but this one email def indicates that they want to go to trial. but dont freak out jason and luke yet | Message |
| 2021-10-21 19:54:07 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | or urself | Message |
| 2021-10-21 19:54:12 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Im not freaked out | Message |
| 2021-10-21 19:54:17 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | You are a grown man. lol | Message |
| 2021-10-21 19:54:44 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Jason and Luke arent here. They havent really been over here lately | Message |
| 2021-10-21 19:54:50 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | speaking of which.. im about to roll out | Message |
| 2021-10-21 19:54:58 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | you should too | Message |
| 2021-10-21 19:56:32 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | enjoy. i have class form 630 to 10 tonite :) | Message |
| 2021-10-21 19:56:45 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | enjoy ur nite. have a beer for me lol | Message |
| ███████████████████████████████████████████████████████████████████████████████████ | | | | |
| 2022-02-01 14:31:56 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | let me know when u can talk abuot Tucci and Schwetz | Message |
| 2022-02-01 14:41:31 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Give me a few | Message |
| 2022-02-01 14:41:39 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | yup | Message |
| 2022-02-01 15:23:49 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Who else do you guys have at cart that could help add someone to a case? Jason Palek is out today | Message |
| 2022-02-01 15:26:22 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | who do u need added to the case? | Message |
| 2022-02-01 15:26:34 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Streater lol | Message |
| 2022-02-01 15:26:42 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | to his own case? | Message |
| 2022-02-01 15:26:55 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | In Opwan yeah. | Message |
| 2022-02-01 15:27:25 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | ill get it done | Message |
| 2022-02-01 15:27:35 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | ill talk with him. i need his RCFL case number | Message |
| 2022-02-01 15:27:41 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Its complicated. It was in the WFO server and then Philly pulled it to theirs | Message |
| 2022-02-01 15:27:48 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | how does he NOT have access? lol | Message |
| 2022-02-01 15:27:54 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | oh... that... | Message |
| 2022-02-01 15:27:59 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | lol | Message |
| 2022-02-01 15:28:16 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Its complicated. Deleted all the scoped stuff it appears too...so here we go again | Message |
| 2022-02-01 15:28:31 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I have it under Avella-22-181 | Message |
| 2022-02-01 15:28:54 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Folder pattern is | Message |
| 2022-02-01 15:29:22 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Network> phph-f06> Cases06> Avella-22-181 | Message |
| 2022-02-01 15:29:52 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | If you add him can you also add William Zander (Chicago Office) and Nico Marti (Jacksonville Office) to it. | Message |
| 2022-02-01 15:30:00 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Im throwing some TDYers on this to help if i can | Message |
| 2022-02-01 15:31:01 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | nmarti    and wzander | Message |
| 2022-02-01 15:44:42 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | this sounds fun lol. i will send the Cart guy an email. hopefully he can get into Jason's case | Message |

| | | | | |
|---|---|---|---|---|
| 2022-02-01 15:44:52 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Thank you | Message |
| 2022-02-01 15:45:26 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | AJ and cassie dont need access? | Message |
| 2022-02-01 15:49:18 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Not to this | Message |
| 2022-02-01 15:50:56 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | cool | Message |
| 2022-02-01 15:55:31 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | want to have urself added ? | Message |
| 2022-02-01 16:09:24 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Im already on it | Message |
| 2022-02-01 16:09:31 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Im in it right now. Im scoping it right this minute lol | Message |
| 2022-02-01 16:21:11 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | ah | Message |
| 2022-02-01 16:25:05 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Actually yeah can you | Message |
| 2022-02-01 16:25:09 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I think im in the wrong phone | Message |
| 2022-02-01 16:25:13 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | This doesnt look like Rehl | Message |
| 2022-02-01 16:26:17 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | OMG im in the wrong phone | Message |
| 2022-02-01 16:26:22 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Face palm | Message |
| 2022-02-01 16:26:33 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | That file path i gave you is incorrect | Message |
| 2022-02-01 16:26:36 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | HOLY HELL | Message |
| 2022-02-01 16:26:44 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | IM SUCH A MORON | Message |
| 2022-02-01 16:27:11 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | lol | Message |
| 2022-02-01 16:30:22 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | does that mean the tagged information is still there and we just pulled the wrong item? | Message |
| 2022-02-01 16:31:31 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I deleted it | Message |
| 2022-02-01 16:31:38 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Whoevers it is, didnt tag anything to begin with | Message |
| 2022-02-01 16:31:38 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | huh? | Message |
| 2022-02-01 16:31:48 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | My session. I was saving the stuff i tagged in a new session file | Message |
| 2022-02-01 16:32:07 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | But since its wrong, i deleted the session file i saved and did not save what i had marked. So it wont mess with it at all | Message |
| 2022-02-01 16:32:21 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | It doesnt look like anyone has done anything with whoevers apple cloud that was | Message |
| 2022-02-01 16:32:33 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | BUT.. that makes me think. Are we sure your ppl pulled the right one? | Message |
| 2022-02-01 16:33:19 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Nope he did. He sent me a screen shot of it yesterday | Message |
| 2022-02-01 16:33:22 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Disregard that | Message |
| 2022-02-01 16:33:51 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Its under | Message |
| 2022-02-01 16:34:05 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | theres .... after it but i cant see the rest | Message |
| 2022-02-01 17:06:39 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | icloud stuff? | Message |
| 2022-02-01 17:17:38 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Is what Rehl has in Opwan, yes. | Message |
| 2022-02-01 18:06:02 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | You see what i sent you? | Message |
| 2022-02-01 18:06:44 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | yes... wot a fucking idiot | Message |
| 2022-02-01 18:07:11 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Its really good. Its the entire MOSD chat. Enrique didnt delete anything. Im giong to send you another too, which actually has Enrique talking about what the plan specifically is. They make mention of Dick Schwetz on page 15. At least im pretty sure its Dick Schwetz who they are talking about. Anotehr reason i want to get in front of him. | Message |
| 2022-02-01 18:11:02 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | so will this get us over the hurdle of the conspiracy charge? | Message |

| | | | | |
|---|---|---|---|---|
| 2022-02-01 18:14:33 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I think so, yes | Message |
| 2022-02-01 18:14:41 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Also page 80 for more on Dick Schwetz | Message |
| 2022-02-01 18:14:48 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | We are also likely going to charge Tarrio and others | Message |
| 2022-02-01 18:14:55 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | We have more than this. Ill send you the second one in a second | Message |
| 2022-02-01 18:15:38 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | ok. so long we can actually go after them with conspiracy and not make a fool of ourselves | Message |
| 2022-02-01 18:21:09 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | No we can. We DEF can now | Message |
| 2022-02-01 18:47:47 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | holy shit | Message |
| 2022-02-01 18:49:11 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | SEEE | Message |
| 2022-02-01 18:49:14 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Close to vest | Message |
| 2022-02-01 18:49:30 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | yeah... | Message |
| 2022-02-01 18:49:51 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | But we are onto something! | Message |
| 2022-02-01 18:50:55 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | this might solidify the conspiracy charge | Message |
| 2022-02-01 18:51:56 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | but capitol building wasnt listed nor circled for the "occupation" would that be an issue? | Message |
| 2022-02-01 18:54:50 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Not exactly. Because of all the other chats we have. Were still going through the phone as far as reviewing the stuff. There is alot on their | Message |
| 2022-02-01 18:55:15 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I have an audio clip where they are telling one another to put ppl in certain places outside of the Capitol. | Message |
| 2022-02-01 18:55:19 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | This is days before Jan 6 | Message |
| 2022-02-01 18:55:32 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | So.... you are there to fight Antifa, yeah? | Message |
| 2022-02-01 18:55:35 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Doesnt appear so.. | Message |
| 2022-02-01 18:57:25 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | but antifa is known to show up to cause counterprotest too... | Message |
| 2022-02-01 19:06:49 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | They werent coming on Jan 6 lol. Antifa was never the plan. It was a front. | Message |
| 2022-02-01 19:08:24 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | well we know that. im just playing devils advocate, which is just defense | Message |
| 2022-02-01 19:25:44 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Yep. I got into his iCloud. The real one this time. hehe | Message |
| 2022-02-01 19:25:54 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | with the tagged information? | Message |
| 2022-02-01 19:25:55 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | I found something in his calendar with Tucci's name on it | Message |
| 2022-02-01 19:25:58 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Texted it to you | Message |
| 2022-02-01 19:26:01 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | No. Were starting over. | Message |
| 2022-02-01 19:26:11 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | But jason did a test and it worked so we should be good to go now | Message |
| 2022-02-01 19:26:32 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | oh... ignore my txt | Message |
| 2022-02-01 19:26:38 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | gotcha | Message |
| 2022-02-01 19:26:48 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | cart jason or streater? | Message |
| 2022-02-01 19:41:01 | nmiller2@fbi.sgov.gov | twang2@fbi.sgov.gov | Streater marked a report and i pulled it to make sure it opened. It does | Message |
| 2022-02-01 19:42:34 | twang2@fbi.sgov.gov | nmiller2@fbi.sgov.gov | ok so at least it saves | Message |
| 2022-02-01 18:24:13 | nmiller2@fbi.sgov.gov | asnyder3@fbi.sgov.gov | I sent you some things on Green. Tarrio had the entire MOSD chat so that was a good find. And in his phone he had the "plan" that him and his gf worked on. Sent you screen shots from it, in the event you have down time and want to read it! | Message |

| | | | | |
|---|---|---|---|---|
| 2022-02-01 18:27:26 | asnyder3@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i saw it on my phone! i'm trying to log back into the green on my desktop-- they make us use UVDI here so it only works about 50% of the time | Message |
| 2022-02-01 18:29:44 | nmiller2@fbi.sgov.gov | asnyder3@fbi.sgov.gov | Ugh! So annoying!! | Message |
| 2022-02-01 18:29:55 | asnyder3@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i hate this place | Message |
| 2022-02-01 18:31:07 | asnyder3@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i am also quite bored, so if there are things you'd like me to help with, please send em my way | Message |
| 2022-02-01 18:32:04 | nmiller2@fbi.sgov.gov | asnyder3@fbi.sgov.gov | I absolutely will! | Message |
| 2022-02-01 18:32:31 | nmiller2@fbi.sgov.gov | asnyder3@fbi.sgov.gov | Once we get the new Rehl stuff up, if you are super bored you are more than welcome to help with that! Not super fun but something. Plus you are already familiar with it | Message |
| 2022-02-01 18:32:43 | nmiller2@fbi.sgov.gov | asnyder3@fbi.sgov.gov | Weve got to do is Icloud (its in Opwan) and re do the entire phone | Message |
| 2022-02-01 15:37:22 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | So I emailed the apt complex that i was not paying that for their apt and i was told they would be willing to work with me but the number they provided was WAY out of my budget. In that same email, i said please consider this my 60 day notice. WELL... they emailed me back telling me to give it one more day to see what they can do for me. They came back with a price of 1813. I currently pay 1759. Difference of 54 a month. They asked if this would work for me. | Message |
| 2022-02-01 15:37:36 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Should i counter? | Message |
| 2022-02-01 15:38:01 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | I pay 1769 a month not 1759* oops. So difference of 44 | Message |
| 2022-02-01 18:29:56 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | hey sorry! yeah that's not bad?? 44 a month? i would take it, if you want to stay | Message |
| 2022-02-01 18:30:28 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | but i know money wasn't the only thing you were thinking about | Message |
| 2022-02-01 18:34:43 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | I sent them a counter. Said can we do 1789 a month, which is 20 more than i was paying. I dont want my rent to go over 2k for that place. I feel like i can find somewhere alot nicer and somewhere i enjoy and want to be for 2k. Plus id be okay with paying like 2k-22k if it was a townhome or something. After you sent me those finds yesterday, i think as the date approaches more people will list things. I have 2 months to find somewhere to go. Ill miss my incredible view but i think i can find something worth it | Message |
| 2022-02-01 18:35:09 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i think it'd be awesome to rent a townhouse or something | Message |
| 2022-02-01 18:36:31 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | also... my boss assigned me 338 items of evidence i have to destroy. | Message |
| 2022-02-01 18:36:34 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | 338. | Message |
| 2022-02-01 18:36:41 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | she was like oh i thought it was 30, no | Message |
| 2022-02-01 18:38:13 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | OMG. Thats INSANE | Message |
| 2022-02-01 18:38:19 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Can you give it to the new guy? | Message |
| 2022-02-01 18:38:32 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | he got some too, but only 16 | Message |
| 2022-02-01 18:38:43 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | of course all the peole who dont do anyting anyway, who never get assigned leads, are all leaving | Message |
| 2022-02-01 18:38:45 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Well thats unfair. You guys should switch | Message |
| 2022-02-01 18:38:48 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | so it falls to the 3 of us who actually do work | Message |
| 2022-02-01 18:38:58 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | she nitpicks everything | Message |

| | | | | |
|---|---|---|---|---|
| 2022-02-01 18:39:07 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i have to go back adn redact all these statements even though they're going to a restricted file | Message |
| 2022-02-01 18:39:09 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | it's not in the policy guide | Message |
| 2022-02-01 18:39:13 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | it's optional, not reuqired | Message |
| 2022-02-01 18:39:17 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and i redact the receipts | Message |
| 2022-02-01 18:39:35 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and im so sick of being told to delegate cause everytime i do to the SOS or OST or IA i look back and it's wrong or they didnt do it | Message |
| 2022-02-01 18:39:48 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | so it's like, if i do all the work, i'm still at fault cause i should have delegated | Message |
| 2022-02-01 18:40:49 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | UGH....NOOO. that does not sound enjoyable at all | Message |
| 2022-02-01 18:40:57 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and then she still cuts me out of stuff or like briefs the squad on info she got that relates to me | Message |
| 2022-02-01 18:41:07 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | or acts like im not involved in teh tings she's talking about, and i 100% anm | Message |
| 2022-02-01 18:41:13 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and she's like oh yeah you weren't on that email chain | Message |
| 2022-02-01 18:41:27 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | **Facepalm** | Message |
| 2022-02-01 18:41:38 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | im so annoyed | Message |
| 2022-02-01 18:41:43 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and meg messed up the accounting for the 10000th time | Message |
| 2022-02-01 18:41:50 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | it's like im literally always doing everything or fixing everything | Message |
| 2022-02-01 18:41:56 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | fffffffffffffff | Message |
| 2022-02-01 18:42:52 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | She also probably acts like it isnt a big deal. Is there a way you can show her. Like hey, Meg...LOOK. Try this next time | Message |
| 2022-02-01 18:43:01 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | oh yeah she goes "well im not perfect" | Message |
| 2022-02-01 18:43:02 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | silence... | Message |
| 2022-02-01 18:43:21 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | the new agent is going ot be doing accounting and i'm like, it's annoying, but it doesn't have to be this annoying | Message |
| 2022-02-01 18:43:29 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | like all these mess ups and messy numbers are not supposed to happen | Message |
| 2022-02-01 18:43:46 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and i know she's busy, but nicki, she has no cases, no sources, no leads | Message |
| 2022-02-01 18:43:58 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | her only job is to run the UCO and she's always wayyyyyy too busy | Message |
| 2022-02-01 18:44:07 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | but like just pay attention for 1 second | Message |
| 2022-02-01 18:44:14 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and of course our SSA loves her and doesn't realize i'm doing it all | Message |
| 2022-02-01 18:45:04 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Except shes not. She just doesnt want to. SOOOO.,. she makes it seem like she is | Message |
| 2022-02-01 18:45:14 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | all she's doign is making my job harder | Message |
| 2022-02-01 18:45:33 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | all she does is i call her and say hey this is a problem and she tasks me to send an email or handle it or whatever | Message |
| 2022-02-01 18:45:33 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | And the only way to make her see it is to not do anything. But then you end up playing catch up and having to do it later anyways. | Message |
| 2022-02-01 18:45:36 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | her job is telilng me what to do | Message |
| 2022-02-01 18:45:38 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | right | Message |
| 2022-02-01 18:45:41 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | cause it falls on me | Message |
| 2022-02-01 18:45:42 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Theres no way to fix it | Message |
| 2022-02-01 18:45:45 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | no | Message |
| 2022-02-01 18:45:47 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Maybe talk with the boss? | Message |

| | | | | |
|---|---|---|---|---|
| 2022-02-01 18:45:52 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | cause i have to answer to it | Message |
| 2022-02-01 18:45:55 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i think she's totally ignorant | Message |
| 2022-02-01 18:46:00 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | it might take a few months fo rher to clue in | Message |
| 2022-02-01 18:46:03 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | but meg is leaving | Message |
| 2022-02-01 18:46:05 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | for a TDY | Message |
| 2022-02-01 18:46:12 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Shell see then maybe | Message |
| 2022-02-01 18:46:14 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Hopefully | Message |
| 2022-02-01 18:46:24 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and it's just annoying how she doesn't recognize how only 3 peopl;e are doing all this work, but she's obsessed with the other 3 | Message |
| 2022-02-01 18:46:28 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | that's how chris was too | Message |
| 2022-02-01 18:46:38 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Ugh. So frustrating | Message |
| 2022-02-01 18:46:41 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | I wish i could fix it for you | Message |
| 2022-02-01 18:46:47 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | she would never been given any leads. | Message |
| 2022-02-01 18:46:51 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | definitely not destroying evidence | Message |
| 2022-02-01 18:46:53 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | she's way too good | Message |
| 2022-02-01 18:48:56 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Ugh. You should totally transfer half of what you were given to her. | Message |
| 2022-02-01 18:49:07 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Hey... boss thought it would be good if we split this us among us all | Message |
| 2022-02-01 18:49:08 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | hehe | Message |
| 2022-02-01 18:49:11 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | but she's going on TDY! so it all works out! | Message |
| 2022-02-01 18:49:17 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and we are being dumped ALL their owkr | Message |
| 2022-02-01 18:50:07 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Ugh. Unfair | Message |
| 2022-02-01 18:50:18 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Well. You are Agent of the year in my eyes. :o) | Message |
| 2022-02-01 18:50:22 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | hahha | Message |
| 2022-02-01 18:50:25 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i am dirt | Message |
| 2022-02-01 18:52:59 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | No way. | Message |
| 2022-02-01 18:53:13 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i don't necessarily want attention, i just want other people to do their jobs | Message |
| 2022-02-01 18:53:19 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | so im not doing mine and everyone else's | Message |
| 2022-02-01 18:53:23 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | If by dirt you mean the good stuff in the "dirt desserts" then yes.. you are in fact oreo crumbles | Message |
| 2022-02-01 18:53:24 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | hehe | Message |
| 2022-02-01 18:53:32 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | I think that is perfectly understandable | Message |
| 2022-02-01 18:53:34 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and our new SOS is terrible, and meg is always like well you can train him | Message |
| 2022-02-01 18:53:45 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | hah. Yes. MEG TRAIN THEM! | Message |
| 2022-02-01 18:53:45 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | and i have snapped back, like no, that is not my job to train someone in a different job series | Message |
| 2022-02-01 18:53:48 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i dont have time | Message |
| 2022-02-01 18:53:52 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | i'm not doing it | Message |
| 2022-02-01 18:53:54 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | hahaha i knwo | Message |
| 2022-02-01 18:53:59 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | You are too busy doing your work and everyone elses | Message |
| 2022-02-01 18:54:07 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | well that's why this TDY has been this hwole ordeal too, she has zero databases or antyhing | Message |

| | | | | |
|---|---|---|---|---|
| 2022-02-01 18:54:14 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | so she's having to do wayyyy more work to be ready to go | Message |
| 2022-02-01 18:55:49 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | At least its making her do something. | Message |
| 2022-02-01 18:55:53 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Not enough. but something | Message |
| 2022-02-01 18:56:32 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | maybe | Message |
| 2022-02-01 18:56:42 | kamcleod@fbi.sgov.gov | nmiller2@fbi.sgov.gov | maybe she'll know how to do something when she gets back | Message |
| 2022-02-01 19:07:13 | nmiller2@fbi.sgov.gov | kamcleod@fbi.sgov.gov | Ha. Maybe..... fingers crossed! | Message |
| | | | | |
| 2022-07-13 16:02:20 | nmiller2@fbi.sgov.gov | cjtremblay@fbi.sgov.gov | Hey Chris! Hope you are having a good weekend! Wanted to make sure we are still a go tomorrow. I'm planning on reporting to you in the morning. I know your all are located at the Terrorist Screening Center but once I arrive, not sure who I should contact etc. | Message |
| 2022-07-13 16:02:28 | nmiller2@fbi.sgov.gov | cjtremblay@fbi.sgov.gov | week not weekend*** | Message |
| 2022-07-13 17:20:19 | cjtremblay@fbi.sgov.gov | nmiller2@fbi.sgov.gov | yup, sounds great. lets shoot for 8:30ish. Just park out front and give me a call. You can head towards the visitors shack and show your SACs badge they will let you through. | Message |
| 2022-07-13 17:22:14 | nmiller2@fbi.sgov.gov | cjtremblay@fbi.sgov.gov | Perfect. Sounds great. See you tomorrow! Suit? | Message |
| 2022-07-13 17:23:13 | cjtremblay@fbi.sgov.gov | nmiller2@fbi.sgov.gov | no suit. can you find the case file and serial your transfer EC went to? | Message |
| 2022-07-13 17:24:58 | nmiller2@fbi.sgov.gov | dgsilk@fbi.sgov.gov | You know off hand where the transfer EC went to? What file number? Chris is asking | Message |
| 2022-07-13 17:25:39 | nmiller2@fbi.sgov.gov | cjtremblay@fbi.sgov.gov | Yep, let me ask Doug and find it. Will message as soon as i find it | Message |
| 2022-07-13 17:26:48 | nmiller2@fbi.sgov.gov | dgsilk@fbi.sgov.gov | Thanks! | Message |
| 2022-07-13 17:27:03 | cjtremblay@fbi.sgov.gov | nmiller2@fbi.sgov.gov | thx | Message |
| 2022-07-13 18:11:24 | nmiller2@fbi.sgov.gov | dgsilk@fbi.sgov.gov | Fixed! | Message |
| 2022-07-13 18:14:22 | dgsilk@fbi.sgov.gov | nmiller2@fbi.sgov.gov | signed | Message |
| 2022-07-13 18:15:58 | nmiller2@fbi.sgov.gov | dgsilk@fbi.sgov.gov | Thank you! | Message |
| 2022-07-13 18:16:05 | dgsilk@fbi.sgov.gov | nmiller2@fbi.sgov.gov | no.. thank you | Message |
| 2022-07-13 18:17:17 | dgsilk@fbi.sgov.gov | nmiller2@fbi.sgov.gov | You need to go into that CHS report you just put and edit out that I was present | Message |
| 2022-07-13 18:22:24 | nmiller2@fbi.sgov.gov | dgsilk@fbi.sgov.gov | For which one? The most recent one he cc you | Message |