# 1776 Returns

## Contents

Storm the Winter Palace (INTERNAL ONLY)
    Plan overview.......................... Page 2-5
    Location Assignments.............Page 6


"Patriot Plan" (TO DISTRIBUTE EXTERNALLY)
    "Patriot Plan" Logistics.....................7
    We the People Demand.................. 7

Read Directions Carefully



# Overall Goal

Fill the buildings with patriots and communicate our demands.

To maintain control over a select few, but crucial buildings in the DC area for a set period of time, presenting our demands in unity. (see attached list of demands in "Patriot Plan" section).

We need many people as possible inside these buildings. These are OUR buildings, they are just renting space. We must show our politicians We the People are in charge.

### Targeted Buildings:

Russell Senate Office Building
Dirksen Senate Office Building
Supreme Court of the United States
Hart Senate Office Building
Cannon House Office Building – Independence and First St SE
Longworth House Office Building
Rayburn House Office Building
CNN  - at least egg doorway

2

# Manpower Needs

One team for each building

| | |
|---|---|
| Lead: | Covert Sleeper, sets up fake appointment –is expected to spend the day as our insider and let people inside the building. |
| Second: | Takes place of the lead in case of being discovered (will also need to make a fake appointment) |
| Hypeman: | leads chants, must maintain energy / presence |
| Recruiter: | In charge of gathering patriots for starting point for each building, share the "patriot plan" documents, spread the word |
| Patriots: | MINIMUM of 50 for each building or it's a no go for that building. Maintain a presence while handing out "patriot plan" |

# January 1-5 – preparation

1. Distribute "Patriot Plan" far and wide via internet. Get confirmation from Patriots to join.
2. Recruiters bring hard copies of "patriot plan" to distribute IN PERSON at rally
3. Fill the roles in charge of each building. Set up appointments with representatives in buildings to be let in (Regardless, they are REQUIRED to let us in, they represent US)
4. Scope out and report road closures.

Use Covid to your advantage. Pack huge face masks & face shields, protect your identity. Make sure everyone has food and water to last a day in their backpacks.

# January 6 – execution day overview

### Preparation

Have Scouts drive around buildings and areas before daylight to check on any roadblocks and update plans accordingly.

### Part 1: Infiltrate

Have leads and seconds stay inside the building until called upon execution time. Scope out the entrances and exits. If possible, be in building first thing in the morning. Be dressed in suits and unsuspecting, do not look tactical at all.

Recruiters in the streets distributing printed and digital copies of the "Patriot Plan" garnishing support from those attending rally.

3

### Part 2: Execution

Ensure crowd outside is full and ready to go.

Have leads and seconds open the doors for the crowd to enter. This might include causing trouble near the front doors to distract guards who may be holding the doors off.

It could also mean pulling the fire alarm, which requires exits to be opened.

The goal is to ensure there is an entry point for the masses to rush the building.

### Part 3: if necessary, distract

*Only to be done if they won't allow patriots into buildings we OWN!!*
Distract law enforcement in the area by pulling other fire alarms around the city. This is ONLY to be done at the right time and if _____ makes the call. Don't waste this opportunity, protect your identity. Be cautious, some fire alarms may spray something at the person who pulls it.

Ideal locations to place men
- Wal-mart supercenter
- Residence Inn by Ford House
- Marriott Hotel Location
- Large Hotels
- Museums
- Grocery Stores

### Part 4: Occupy

Present our list of demands – the "We The People" page of the patriot plan.
Lead, Second or Hypeman to lead the following chants

- Free and fair elections
- Liberty or Death
- We are watching
- No Trump, No America
- No Justice, No Peace
- We the People

We the people require our representatives to represent us.

### Part 5: Sit In

We have the ability to go into office
Target Specific Senators Offices

WHATS THE ENDING POINT FOR THIS?
Does everyone just leave at a certain time?
WHO DOES GOV RESPOND TO?

4

## Notes:

- Protect your identity. Use Covid compliance in your favor.
- Have an escape plan for those in charge.
- Choose an HQ and make it inside on of the captured buildings (or a nearby hotel).
- See if you can get anyone with a semi to help you block traffic. Now is the time to reach out to truckers or bikers for Trump for these roadblocks.
- With a large caravan, simply have cars block intersections. Ideally, one should halt the flow of cars where Independence Ave, and Pennsylvania Avenue meet. The intersection of Maryland Avenue and Constitution Avenue is another good area to block off. Traffic blocks have network effects. The Rerouting traffic will block other important areas, and also stop access to any law enforcement vehicle. The corner of C St Se and New Jersey would also be an ideal road to block. It is recommended you block traffic going both ways using normally four cars.

# Man Power Assignments – fill this out

Supreme Court of the United States
    Lead:                                 Second:
    Hypeman:                          Recruiter:

Russell Senate Office Building
    Lead:                                   Second:
    Hypeman:                          Recruiter:

Dirksen Senate Office Building
    Lead:                                   Second:
    Hypeman:                          Recruiter:

Hart Senate Office Building
    Lead:                                   Second:
    Hypeman:                          Recruiter:

Cannon House Office Building
    Lead:                                   Second:
    Hypeman:                          Recruiter:

Longworth House Office Building
    Lead:                                   Second:
    Hypeman:                          Recruiter:

Rayburn House Office Building
    Lead:                                   Second:
    Hypeman:                          Recruiter:

CNN
    Lead:                                   Second:
    Hypeman:                          Recruiter:

Only pull fire alarm if needed to distract police

- Wal-mart supercenter:
- Residence Inn by Ford House:
- Marriott Hotel Location:
- Large Hotels:
- Museums:

6

# Patriot Plan Logistics

for release to the public

*You are the revolution.*

*Be a part of history & fight for this country so our children don't have to.*
*It's all or nothing Patriots, boldness and bravery is necessary.*

1:00 PM – Meet at location 1

Russell Senate Office Building
Dirksen Senate Office Building
Supreme Court of the United States
Hart Senate Office Building
Cannon House Office Building
Longworth House Office Building
Rayburn House Office Building

1:22 PM – are enough people around?

1:30 PM – Wait for signal from lead, storm building

Russell Senate Office Building
Dirksen Senate Office Building
Supreme Court of the United States
Hart Senate Office Building
Cannon House Office Building
Longworth House Office Building
Rayburn House Office Building.

XXXX –

7



Our request is simple, constitutional, and non-negotiable - we demand a free and fair election.

The evidence of election fraud is overwhelming

**We demand that on January 20th, a new election is conducted** – not a recount.

- Paper Ballots only
- no electronic voting
- no mail in ballots
- no absentee ballots
- In person with an ID or NO VOTE.
- Monitored by National Guard

### Special Mention

Mitch McConnell, Kevin McCarthy, Mike Pence & Bill Gates
We the people are watching you.

Rand Paul & Ron DeSantis
We the people love you

8

