Dear Mr. Rehl:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

To ensure correct routing and confidentiality of the information you submit, please place the enclosed coversheet on top of all correspondence sent to VA. Failure to use this coversheet may delay your claim.

On June 13, 2022, we sent you a letter proposing to suspend your monthly compensation benefit payments effective September 1, 2022, because you were indicted and charged with Seditious Conspiracy, 18 U.S.C. § 2384.  This letter tells you about what we decided.  It includes the evidence used and reasons for our decision.  We have also included information about what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What We Decided

Based on the information in our letter dated June 13, 2022, we suspended your monthly compensation benefits effective September 1, 2022, which is the first day of the month following the 60-day due process period.

Information received from the United States Department of Justice indicates you were indicted and charged with Seditious Conspiracy, 18 U.S.C. § 2384.  Seditious Conspiracy is currently listed within 38 U.S.C. § 6105(b)(2) – Forfeiture for subversive activities, as an offense which an individual convicted of will have no right to gratuitous benefits (including the right to burial in a national cemetery) under laws administered by the Department of Veterans Affairs (VA) based on periods of military, naval, air, or space service commencing before the date of the offense and no other person shall be entitled to such benefits on account of such individual.

Pursuant to 38 U.S.C. § 6105(a), after receiving notice of an indictment for the above offense, VA must suspend payments of gratuitous benefits pending disposition of the criminal