MS. HERNANDEZ:  Your honor, I think probably the I'm local, and I'm not traveling out of -- family is coming in, but ordinarily -- that's the Friday before the Christmas holidays.

THE COURT:  I understand.  So I think -- what I would do is let's leave open -- I'll say right now, it will be a half day.  Whether that will be matters before the jury or matters for us to discuss, we can -- we can talk about what makes sense as it gets closer, but it will be a half day.

All right.  So that's number one.

Number two, the other thing that I noticed -- again, we're going to talk about the questionnaire in a moment.  The other thing I noticed in putting together that questionnaire, there is that one question where we lay out, well, here's who is going to be masked and here's who won't be.  My thought -- and it sort of actually dovetails with the matter we just discussed; that is, the break.

I had -- as you-all saw from the draft questionnaire we provided, I had thought we would proceed as we are today, as far as the lawyers go, that is.  No masks -- or at least optional.  Obviously, masks optional.  The jurors might --