Q.   Okay.

A.   Yes.

Q.   They weren't in this exhibit.  Right?

A.   They were not in this exhibit.

Q.   It looks more nefarious, doesn't it?

A.   I'm not sure I'm going to agree with you on the characterization as nefarious with like the O M G and the spaces in between.

Q.   Understood.  Thank you, Agent.  I appreciate your honesty.

        **MR. JAUREGUI:**  Let me go to Exhibit 528-1.  If we can publish that.  Do I have the right one up there?  Thank you, Ms. Harris.

**BY MR. JAUREGUI:**

Q.   This is the famous 1776 one.  Right?

A.   Yes.

Q.   And you've already testified to the jury that you don't even know if Enrique ever even opened it forensically.  Correct?

A.   I don't forensically, no.

Q.   Right.  The Cellebrite doesn't tell you.  The metadata that reports nothing substantiates that he ever opened it.  Correct?

A.    Yes.

Q.    She actually says, I don't want to pressure you because you know I'm the peek of female intelligence, attractiveness and feminine submission, she writes?

A.    That is the message.

Q.    And Enrique doesn't even respond to her.  Correct? Towards the end, once the chats are over, he doesn't even respond.  Right?

A.    I think this is the end of the string.  I'm not 100 percent on that but, yes.

Q.    Thank you, Agent.

Now, this 1776 document was never forwarded to anybody.  Correct?

A.    I saw no evidence of that, no.

Q.    And none of these gentlemen on trial here today, you can't point to anything that they actually read this document.  Correct?

A.    Not forensically, no.

Q.    And I think you testified before that this lady received a document from another gentleman, a Samuel Armes (phonetic).  Correct?

A.    I believe someone asked me that.