**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ENRIQUE TARRIO, ZACHARY REHL,
ETHAN NORDEAN, JOSEPH BIGGS,
AND DOMINIC PEZZOLA,

       Plaintiffs,

v.                                  CASE NO. 6:25-cv-0998-AGM-DCI

UNITED STATES OF AMERICA,
NICOLE MILLER, individually AND
JOCELYN BALLANTINE, individually,

       Defendants.

_____/

**DEFENDANTS UNITED STATES OF AMERICA AND NICOLE MILLER'S**
**UNOPPOSED MOTION TO CONSOLIDATE THE TIME TO SERVE**
**THEIR RESPONSE TO THE SECOND AMENDED COMPLAINT**

Defendants United States of America and Special Agent Nicole Miller move under

Federal Rule of Civil Procedure 6(b) for an order consolidating the time to serve their

response to the second amended complaint to July 20, 2026. They state as follows:

1.      Under Rule 15(a)(3) of the Federal Rules of Civil Procedure, any required

response to an amended pleading must be made within the time remaining to

respond to the original pleading or within 14 days after service of the amended

pleading, whichever is later.

2.      The second amended complaint was filed on May 15, 2026. ECF 61. Under

Rule 15(a)(3), any response by the United States and Miller is due on May 29, 2026.

3.      Under Rule 12(a)(3) of the Federal Rules of Civil Procedure, an officer or

employee of the United States sued in her individual capacity for an act or omission

occurring in connection with duties performed on behalf of the United States must

respond to the complaint within 60 days after service on the employee or service on the United States attorney, whichever is later.

4.      Newly added defendant Jocelyn Ballantine was served on May 21, 2026. Under Rule 12(a)(3), her response is due on July 20, 2026.

5.      For convenience of the Court and the parties, it is appropriate to have a single consolidated response date for all Defendants as opposed to multiple response dates and to avoid duplicative, piecemeal filings. Accordingly, the United States and Miller move under Federal Rule of Civil Procedure 6(b) that the Court extend their deadline to respond to coincide with Ballantine's July 20, 2026, response deadline.

6.      The extension is further justified because instead of just clarifying certain pleading deficiencies consistent with the Court's April 10, 2026, Order, Plaintiffs added several new substantive counts to the second amended complaint, some of which claim multiple statutory violations. Each new claim will need to be researched and substantively analyzed in preparation for a response.

Having shown good cause, the United States and Miller move the Court to extend their response deadline as described above and to consolidate the time to serve a response to the second amended complaint for all Defendants to July 20, 2026.

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel have conferred under Local Rule 3.01(g) via email. Plaintiffs consent.

This 21st day of May, 2026.                     Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

2

JONATHAN D. GUYNN
Deputy Assistant Attorney General,
Torts Branch

PAUL E. WERNER
Assistant Director, Torts Branch

*/s/ Siegmund F. Fuchs*
SIEGMUND F. FUCHS
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 7146
Washington, D.C. 20044-7146
202-598-3916
siegmund.f.fuchs@usdoj.gov

Attorneys for Defendants.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Thomas F. Ranieri, Esq.

/s/ Siegmund F. Fuchs
SIEGMUND F. FUCHS
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice

4