United States District Court
Middle District of Florida
Orlando Division

**ENRIQUE TARRIO, ZACHARY REHL,
ETHAN NORDEAN, JOSEPH BIGGS,
AND DOMINIC PEZZOLA,**

  *Plaintiffs,*

**v.**          **No.** 6:25-cv-00998-AGM-DCI

**UNITED STATES OF AMERICA and
NICOLE MILLER, individually.**

  *Defendants.*

---

## Unopposed Motion for Special Admission

Paul D. Brachman, Esquire, moves for special admission to represent Metropolitan African Methodist Episcopal Church, which is moving to intervene in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, U.S. District Court, District of Columbia, U.S. District Court, Southern District of New York, and U.S. District Court, Eastern District of Michigan.

1

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> *Metropolitan African Methodist Episcopal Church v. Proud Boys International, L.L.C.*, No. 2025-001304-CA-01 (Fla. 11th Cir. Ct. 2025).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

_____
Paul D. Brachman

2

## Local Rule 3.01(g) Certification

I have conferred with the parties in this matter and represent that they are unopposed to my special admission.

DATED:  May 26, 2026

Respectfully submitted,


STEARNS WEAVER MILLER

By: /s/ Joseph J. Onorati
Joseph J. Onorati (Florida Bar No. 92938)
Jason P. Hernandez (Florida Bar No. 18598)
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Tel: (305) 789-3200
Email: jonorati@stearnsweaver.com
        jhernandez@stearnsweaver.com

*Counsel for Plaintiff Metropolitan African Methodist Episcopal Church*