**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ENRIQUE TARRIO, ZACHARY REHL,
ETHAN NORDEAN, JOSEPH BIGGS,
AND DOMINIC PEZZOLA,

        Plaintiffs,

v.                                                            CASE NO. 6:25-cv-0998-AGM-DCI

UNITED STATES OF AMERICA and
NICOLE MILLER, individually,

        Defendants.

_____/

**CERTIFICATION OF COMPLIANCE WITH RULE 11**

      I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of

Artificial Intelligence. With regard to docket entries 14, 15, 27, 30, 31, 32, 35, 43, 46, 49,

and 64, by my signature below I confirm under penalty of perjury that artificial intelligence

was not used in the preparation of the filing.

      This 29th day of May, 2026.          Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General
                                            Civil Division

                                            JONATHAN D. GUYNN
                                            Deputy Assistant Attorney General,
                                            Torts Branch

                                            PAUL E. WERNER
                                            Assistant Director, Torts Branch

                                            */s/ Siegmund F. Fuchs*
                                            SIEGMUND F. FUCHS
                                            Senior Trial Counsel
                                            Civil Division, Torts Branch
                                            U.S. Department of Justice

P.O. Box 7146
Washington, D.C. 20044-7146
202-598-3916
siegmund.f.fuchs@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

Thomas F. Ranieri, Esq.

/s/ Siegmund F. Fuchs
SIEGMUND F. FUCHS
Senior Trial Counsel
Civil Division, Torts Branch
U.S. Department of Justice

2