**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
(Orlando Division)

| | | |
|---|---|---|
| **Enrique Tarrio et al.** | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **Case No.:**  6:25-cv-0998-AGM-DCI |
| | ) | |
| **United States of America, et. al.** | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

**CERTIFICATION OF COMPLIANCE WITH RULE 11 AND STANDING ORDER**
**REQUIRING DISCLOSURE OF THE USE OF ARTIFICIAL INTELLIGENCE**

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of

Artificial Intelligence.

With regard to docket entries 1, 2, 10, 12, 16, 18, 19, 20, 21, 22, 23, 24, 25, 36, 41, 47,

50, 51, 54, 55, 58, and 63, by my signature below I confirm under penalty of perjury that

artificial intelligence was not used in the preparation of the filings

With regard to docket entries 41, 47, 59, and 61, by my signature below, I confirm under

penalty of perjury that artificial intelligence was used and that every cited authority was

personally reviewed by the filer in advance of filing.

With regard to docket entries 29, 33, 24, and 40, they were filed by Augustus Invictus,

who is no longer in this case and cannot file with this court due to his standing with the bar.

Though I reviewed them and did due diligence on the cases cited, the standing order indicates

that the filer must certify the use of artificial intelligence and must have read all cases gathered

from AI (if any).  The undersigned cannot provide the court with a certification on any of these

filings and cannot direct Augustus Invictus to do so.  As such, the Plaintiff asks for direction on

how to address these filings to the court.  Mr. Invictus has offered to provide an affidavit describing his artificial intelligence usage and providing the required certification.  If that is an acceptable method of compliance with the Standing Order, please let me know.

**Respectfully submitted this 5th day of June, *Anno Domini* 2026.**

___/s/ Thomas F. Ranieri_____
Thomas F. Ranieri, Esq.
Ranieri & Associates, PLC
112 East 6th Street, Suite B
Front Royal, Virginia 22630
Telephone: 540-551-2330
Email: ranieri@tra-lawfirm.com
*Counsel for Plaintiffs*

**CERTIFICATION UNDER PENALTY OF PERJURY THAT ARTIFICIAL INTELLIGENCE WAS NOT USED IN THE PREPARATION OF THIS FILING[1]**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence.  After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way.  I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing.  If I fail to do so and a case upon which I rely does not exist, or does not reasonably stand for the cited proposition, I understand that Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure.  I have reviewed Rule 11 of the Federal Rules of Civil Procedure, and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11.  If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended.  Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury, I could be referred for criminal prosecution if the statements I make here are false.

---

[1]     I included this certification in a surfeit of caution, though no cases are cited herein, because this certification is technically a filing.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 5, 2026, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notice of the

filing to the following CM/ECF participants:

Siegmund F. Fuchs, Esq.


     /s/ Thomas F. Ranieri_____
     Thomas F. Ranieri, Esq.