# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

|  |  |
|---|---|
| ENRIQUE TARRIO, ZACHARY REHL, ETHAN NORDEAN, JOSEPH BIGGS, AND DOMINIC PEZZOLA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and NICOLE MILLER, individually, <br><br> Defendants. | Case No.: 6:25-cv-00998-AGM-DCI |

## DECLARATION OF JASON P. HERNANDEZ

I, Jason P. Hernandez, hereby declare under penalty of perjury:

1.     I am an attorney admitted to practice in the state of Florida and am a shareholder at Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., attorneys for putative intervenor Metropolitan African Methodist Episcopal Church ("Metropolitan AME" or the "Church") in this case.  I submit this declaration in support of the Church's Motion to Intervene to Enforce Equitable Lien.  The facts set forth in this declaration are based upon my personal knowledge, information that I obtained from other personnel in the regular course of business, and records maintained in the regular course of business.

2. On June 30, 2023, the D.C. Superior Court granted the Church's Motion for Default Judgment and Injunctive Relief against Henry "Enrique" Tarrio, Joseph R. Biggs, Jeremy Bertino, John Turano, and Proud Boys International, L.L.C. The Court entered judgment for compensatory and punitive damages in the amount of $1,036,626.78 plus costs and interest.

3. On August 17, 2023, the Court added Ethan Nordean to the judgment and certified the judgment as final.

4. On December 6, 2023, the Court granted the Church's motion for attorneys' fees, awarding the Church a total of $1,848,769.58 in fees.

5. To date, the Church has collected $7,855.31 of the $3,283,494.31 (counting accrued interest) owed to it. $1,500 of this sum was the result of a settlement agreement with a non-party over the Proud Boys trademark, not any payments by Judgment Debtors. The remaining $6,355.31 came from a legal fund for Joseph R. Biggs against which the Church obtained a condemnation judgment in D.C. Superior Court.

6. The Church has engaged in discussions with Judgment Debtors' counsel in this action regarding a potential stipulation pursuant to which any Net Proceeds from this action due to the Judgment Debtors would be held in escrow, up to the amount of the Church's liens, pending resolution of the alternative enforcement remedies. As of the date of this filing, Judgment

2

Debtors have not agreed.

7.    Attached hereto as **Exhibit A** is a true and correct copy of an Order dated March 3, 2026, in *Metropolitan African Methodist Episcopal Church* v. *Bertino*, Case No. 2025-001304-CA-01 (Fla. 11th Judicial Circuit) (hereinafter the "Florida Action").

8.    Attached hereto as **Exhibit B** is a true and correct copy of a Notice of Recording of Foreign Judgment, signed and sealed by the Clerk of the Court and Comptroller of Miami-Dade County Circuit and County Courts, dated January 30, 2025.

9.    Attached hereto as **Exhibit C** is a true and correct copy of an Order dated June 30, 2023, in *Metropolitan African Methodist Episcopal Church* v. *Proud Boys International, L.L.C.*, Case No. 2021-CA-000004-B (D.C. Sup. Ct.) (hereinafter the "D.C. Action").

10.   Attached hereto as **Exhibit D** is a true and correct copy of a judgment lien certified by the Florida Secretary of State, dated July 23, 2025.

11.   Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the deposition of Henry "Enrique" Tarrio taken in the D.C. Action on July 22, 2025.

12.   Attached hereto as **Exhibit F** is a true and correct copy of an Order dated February 6, 2025, in the D.C. Action.

13.     Attached hereto as **Exhibit G** is a true and correct copy of an Order dated February 27, 2025, in the D.C. Action.

14.     Attached hereto as **Exhibit H** is a true and correct copy of an Order dated January 29, 2026, in the D.C. Action.

15.     Attached hereto as **Exhibit I** is a true and correct copy of an Order dated September 12, 2025, in the D.C. Action.

16.     Attached hereto as **Exhibit J** is a true and correct copy of an Order dated December 11, 2025, in the Florida Action.

17.     Attached hereto as **Exhibit K** is a true and correct copy of a post by user @NobleOne on the website X.com, dated January 27, 2026.

18.     Attached hereto as **Exhibit L** is a true and correct copy of the Church's proposed complaint in intervention.

19.     Attached hereto as **Exhibit M** is a true and correct copy of a hearing transcript in *Babbit* v. *United States*, Civ. A. No. 1:24-1701, dated May 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026, at Miami, Fla., USA.

*/s/ Jason P. Hernandez*
Jason P. Hernandez

4